EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

DENVER HOMELESS OUT LOUD, *et al.*, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

DENVER, COLORADO, *et al.*

      Defendants.

_____

**EXPERT DECLARATION OF MARISA WESTBROOK**

_____

I, Marisa Westbrook, declare under penalty of perjury under the law of Colorado that the following is true and correct to the best of my knowledge and information:

1.      My name is Marisa Westbrook. I am over the age of twenty-one and am otherwise competent to testify. I make the following statements based upon both my personal knowledge and as an expert in the field of public health and the intersection of public health and homelessness.

**Background And Qualifications**

2.      I have been retained to provide expert opinion on: (1) the increased risk of both infection and severe illness that COVID-19 poses to homeless individuals, (2) the potential spread of COVID-19 among the homeless population in Denver, (3) the risks inherent in the continued clearance of homeless encampments, (4) the differential risks inherent in different forms of shelter for homeless individuals, and (5) the steps that can be taken to mitigate those risks, both to the homeless population and to the community as a whole.

3.      I hold a Masters Degree in Public Health from the University of California Berkeley. I am currently a researcher and PhD candidate in the Department of Health and Behavioral Sciences at University of Colorado. I research issues relevant to housing and health, and am currently working on a study examining the mental health impacts of housing insecurity and gentrification on low-income residents in Denver, Colorado.

4.      I have published numerous scholarly articles and given numerous presentations on public health topics, including housing and homelessness, for audiences including academics, public health workers, public health officials, city officials, and public policy makers.

5.      Particularly relevant to this case, I co-authored a study documenting the public health and safety consequences of enforcing laws that result in the displacement of homeless individuals. In this study in late 2018 and early 2019, we surveyed 484 people experiencing homelessness in Denver, Colorado. Westbrook, M., Robinson, T. (2020). Unhealthy by Design: Health and Safety Consequences of the Criminalization of Homelessness. *Journal of Social Distress in the Homeless*, DOI: 10.1080/10530789.2020.1763573.

6.      A copy of my *curriculum vitae* is attached as **Exhibit 1**.

**Exposure To, And Infection With, COVID-19 Presents A Serious And Known Health Risk**

7.      The novel coronavirus, officially known as SARS-CoV-2, causes a disease known as COVID-19. The virus which causes COVID-19 typically has a two to fourteen-day incubation period in human beings, and a person can remain infectious for fourteen days past initial symptoms. During the incubation period, infected people are asymptomatic – meaning they will not exhibit the physical symptoms associated with COVID-19, such as fever or coughing. An estimated 18-30% of people will remain asymptomatic even after the incubation period ends. Asymptomatic people are contagious and can spread the disease in the same way as people

exhibiting symptoms. In addition to person-to-person transmission, the virus can live on surfaces for 72 hours or longer. It can be transmitted through respiratory droplets and surfaces, and recent studies suggest they it may be spread in the air or in fecal matter. The virus can remain infectious on surfaces for multiple days, and respiratory droplets can travel up to 27 feet after someone coughs or sneezes, and those droplets may remain in the air for over three hours. Not only is the virus very efficient at being transmitted through droplets, everyone is at risk of infection because our immune systems have never been exposed to or developed protective responses against this virus. Centers for Disease Control (CDC) (2020, August), COVID-19 Overview and Infection Prevention and Control Priorities in non-US Healthcare Settings, Available from https://www.cdc.gov/coronavirus/2019-ncov/hcp/non-us-settings/overview/index.html.

8.     Most people (80%) who become infected with COVID-19 will develop a mild upper respiratory infection. According to preliminary data from China, 20% of people in high risk categories who contract COVID-19 have died. Serious illness and death is most common among people with underlying chronic health conditions, like heart disease, lung disease, liver disease, and diabetes, and older age. The upcoming influenza season means that people are also at risk from serious illness and death due to influenza, especially when they have not received the influenza vaccine or the pneumonia vaccine. World Health Organization (2020, February), Report of the WHO-China Joint Mission on Coronavirus Disease 2019 (COVID-2019), Available from https://www.who.int/docs/default-source/coronaviruse/who-china-joint-mission-on-covid-19-final-report.pdf ; Scientific American (2020, March), Which Groups Are Most At Risk from the Coronavirus?, Available from https://www.scientificamerican.com/article/which-groups-are-most-at-risk-from-the-coronavirus/. In the United States alone, over 200,000 people have died from COVID-19. World

Health Organization (2020, September), Coronavirus Disease 2019 (COVID-2019) Weekly Epi Update, Available from https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200928-weekly-epi-update.pdf?sfvrsn=9e354665_6.

9.      The care of people who are infected with COVID-19 depends on how seriously they are ill. People with mild symptoms may not require hospitalization but may continue to be closely monitored at home. People with moderate symptoms may require hospitalization for supportive care. People with severe symptoms may require ventilation and intravenous antibiotics. Public health officials anticipate that hospital settings will likely be overwhelmed and beyond capacity to provide this type of intensive care as COVID-19 becomes more widespread in communities.

10.     Even in individuals who do not show symptoms from COVID-19, emerging research has shown that COVID-19 may cause serious, long-term heart damage. Puntmann, V., Carerj, M.L., Wieters, I. et al. (2020), Outcomes of Cardiovascular Magnetic Resonance Imaging in Patients Recently Recovered From Coronavirus Disease 2019 (COVID-19), *JAMA Cardiol*. Available at: https://jamanetwork.com/journals/jamacardiology/fullarticle/2768916.

11.     COVID-19 prevention strategies include containment and mitigation. Containment requires intensive hand washing practices, decontamination, and aggressive cleaning of surfaces, and identifying and isolating people who are ill or who have had contact with people who are ill, including the use of personal protective equipment. As infectious diseases spread in the community, public health demands mitigation strategies, which involves social distancing and closing other communal spaces (schools, workplaces, etc.) to protect those most vulnerable to disease.

12.     There is no vaccine for the virus. Medications used to treat COVID-19 are experimental and none are currently approved by the Food and Drug Administration at this point. National Institutes of Health (2020, April), COVID-19 Treatment Guidelines, https://covid19treatmentguidelines.nih.gov/introduction/.

**Homeless Individuals Are More Vulnerable To Serious Injury And Death From COVID-19**

13.     Homeless individuals have higher rates of chronic physical and mental health conditions, higher rates of morbidity and mortality, and more related diseases and co-occurring disorders compared to the general population. National Health Care For The Homeless Council (2019), Homelessness & Health: What's The Connection?, https://www.nhchc.org/wp-content/uploads/2019/02/homelessness-and-health.pdf. As homeless individuals tend to have compromised immune systems, they are at even higher risk of contracting infectious diseases than the average person. With the lack of access to the most basic of human needs – including running water, toilets, sanitizing wipes or sprays, and trash disposal – infectious diseases can spread quickly. Making matters worse, the lack of a safe, reliable place to get adequate rest, to store and administer medications, and/or to charge and store necessary medical equipment make treatment of homeless persons' health conditions much more difficult than it is for people with stable housing.

14.     The CDC acknowledges that people experiencing homelessness are especially vulnerable during the global COVID-19 pandemic, both to exposure to the virus and to experiencing severe illness if infected. That is because people experiencing homelessness experience chronic health conditions that place them at high risk of serious illness or death from COVID-19. They have higher rates of hypertension and heart disease, asthma and chronic obstructive pulmonary disease (COPD), diabetes, chronic liver disease and HIV/AIDS than the

general population. Homeless individuals are at even higher risk of contracting COVID-19 than the average person. Centers for Disease Control (2020, August), Coronavirus Disease 2019 (COVID-19): People at Increased Risk: People Experiencing Homelessness, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/homelessness.html.

      15.    People experiencing homelessness, who suffer worse health than housed people in general, are more likely to become severely ill or die from COVID-19 whether or not they fall into the currently accepted category of vulnerable groups. A collaborative publication between researchers from Boston, New York, and Los Angeles, "The Emerging Crisis of Aged Homelessness" documents that adults experiencing homelessness have "medical ages that far exceed their biological ages." Culhane, D., Doran, K., Byrne, T., et al. (2019), The Emerging Crisis of Aged Homelessness: Could Housing Solutions be Funded by Avoidance of Excess Shelter, Hospital, and Nursing Home Costs?, Actionable Intelligence for Social Policy at the University of Pennsylvania,  https://www.aisp.upenn.edu/wp-content/uploads/2019/01/Emerging-Crisis-of-Aged-Homelessness-1.pdf. They cite research demonstrating that people experiencing homelessness have "geriatric medical conditions such as cognitive decline and decreased mobility at rates that are on par with those among their housed counterparts who are 20 years older." *Id.* For example, a 60—year-old person experiencing homelessness would likely have a similar risk of death due to COVID-19 as an 80 year-old person who has never been homeless. In addition, the accepted risk categories identified by the CDC are not inclusive of all people truly at risk. For example, all people who smoke are at increased risk because of the impact of smoking on respiration, but the accepted vulnerable group – people with lung disease – does not include smokers. In addition, people who have

sickle cell disease are at increased risk because of poor blood oxygenation, but are not included in the currently accepted vulnerable groups.

16.      At least one study has found that homeless individuals are particularly susceptible to COVID-19 because homeless individuals, generally, have a diminished health condition and higher rates of chronic illnesses or compromised immune systems, all of which are risk factors for developing a more serious manifestation of the coronavirus infection. Homeless individuals are also disadvantaged related to the pandemic as they have less access to health care providers who could otherwise order diagnostic testing and, if confirmed, isolate them from others in coordination with local health departments. This lack of care access makes the homeless community particularly vulnerable to COVID-19 outbreaks and COVID-19 illness. Nara Rolim Lima, N. et al. (2020), People experiencing homelessness: Their potential exposure to COVID-19, *Psychiatry Research*, 288, https://doi.org/10.1016/j.psychres.2020.112945.

**Continued Sweeps And Camping Ban Enforcement Is Contrary To Centers For Disease Control Guidance**

17.      The CDC's guidance on public health issues are accepted by public health experts as the baseline standard for response, including during the current pandemic. The CDC's guidelines for COVID-19 outline baseline best practices to prevent the transmission of COVID-19.

18.      By at least May 10, 2020, the United States Centers for Disease Control and Prevention ("CDC"), issued public health guidance on "Unsheltered Homelessness and Coronavirus Disease 2019 (COVID-19) for Homeless Service Providers and Local Officials" that was meant to provide notice for, among other persons, "local and state health departments, … housing authorities, [and] emergency planners" as to how to treat those experiencing unsheltered homelessness during the pandemic. CDC (2020, August), Coronavirus Disease 2019

(COVID-19): Interim Guidance on Unsheltered Homelessness and Coronavirus Disease 2019

(COVID-19) for Homeless Service Providers and Local Officials,

https://www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/unsheltered-homelessness.html.

19.     The CDC issued guidance that "people experiencing unsheltered homelessness (those sleeping outside or in places not meant for human habitation) may be at risk for infection when there is community spread of COVID-19" however "the risks associated with sleeping outdoors or in an encampment setting are different than from staying indoors in a congregate setting such as an emergency shelter or other congregate living facility." For example, the CDC noted at the outset that "outdoor settings may allow people to increase physical distance between themselves and others." *Id.*

20.     The CDC went on to outline *specific guidance* for encampments of those experiencing homelessness during the duration of the COVID-19 pandemic. The CDC advised state and local governments that "if individual housing options are not available, allow people who are living unsheltered or in encampments to remain where they are."  Instead of clearing encampments, the CDC stated that state and local officials should use the large amount of resources that would be expended clearing encampments to "ensure nearby restroom facilities have functional water taps, are stocked with hand hygiene materials (soap, drying materials) and bath tissue, and remain open to people experiencing homelessness 24 hours per day." The CDC advised that, if this option was not available, that state and local officials should at least "[a]ssist with providing access to portable latrines with handwashing facilities for encampments of more than 10 people" and stock these facilities "with hand sanitizer (containing at least 60% alcohol)." *Id*

21.     The CDC recommended that state and local officials "work together with community coalition members to improve sanitation in encampments" and "encourage those staying in encampments to set up their tents/sleeping quarters with at least 12 feet x 12 feet of space per individual" without clearing encampments. *Id.*

22.     The CDC also advised that state and local governments ensure that encampments had nearby restroom facilities that "have functional water taps, are stocked with hand hygiene materials (soap, drying materials) and bath tissue, and remain open to people experiencing homelessness 24 hours per day" and "hand sanitizer (containing at least 60% alcohol)." *Id.*

23.     The CDC guidelines are universally agreed upon as the best practices for preventing the transmission of COVID-19 among homeless individuals. *Id.*

**Sweeps And Camping Ban Enforcement Have Negative Health Impacts On Homeless Individuals, Which Could Lead To An Increased Risk Of Contraction Of COVID-19**

24.     The current reliance on the urban camping ban and the sweeping of encampments has been studied and is shown to be related to negative health outcomes for homeless individuals, which is relevant to the current pandemic due to the continued policing and sweeps of homeless encampments. A study that I conducted shows that there is a correlation between instructions by Denver police officers to homeless individuals not to use shelter on the streets and increased rates of frostbite. Westbrook, M. & Robinson, T. (2020), Unhealthy by design: health & safety consequences of the criminalization of homelessness, *Journal of Social Distress and Homelessness*, DOI: 10.1080/10530789.2020.1763573. In Denver, of those who police have not ordered out of their shelter, 6.7% have experienced frostbite. *Id.* But among those who have repeatedly been instructed by police to quit using shelter, between 12% and 17% have experienced frostbite. *Id.* These same patterns are replicated among homeless respondents who

have chosen not to use shelter, in an effort to avoid police attention. *Id.* Almost 13% of people

who chose not to use shelter have experienced frostbite - twice the frostbite rate of those who

have not felt forced to remove their shelter. *Id.* The danger of not using shelter from the elements

is high —exposure, frostbite, and even death may result. The problem of exposure is not only a

cold weather challenge. During the hot summer months, the inability to shelter oneself from the

elements (either due to police directive, or fear of attracting police contact) can lead to

significantly higher rates of heat stroke and dehydration. *Id.* Homeless residents who have been

instructed many times by the police to quit using shelter are more than twice as likely to suffer

heat stroke, and 43% more likely to suffer dehydration. *Id.* At least one study's data shows that

police enforcement of Denver's camping ban, through directives to quit using shelter, is linked to

worsening health outcomes for Denver's homeless residents. *Id.* Exposure exacerbates homeless

individuals' vulnerability to COVID-19.

     25.    Policies that penalize people who are unstably or inadequately housed and are

trying to survive on the street (e.g. using shelter from the outdoor elements) can exacerbate the

physical and mental health problems that people experiencing homeless face. Denver's sweeps

and enforcement of the Camping Ban causes homeless individuals to move frequently and

experience chronic sleep deprivation, which has devastating effects on Denver's homeless

population's mental and physical health through the interruption of their sleep. *Id.* Sleep

deprivation is linked to a cascade of health problems, such as increased rates of mental illness,

diabetes, hypertension, drug abuse, and violence. *Id.* Schizophrenia-like symptoms are associated

with lack of sleep, as are increases in anxiety, memory loss, and depression. The data is clear

showing that police contact, and even the fear of police contact, substantially undermines the

sleeping-related health of Denver's homeless residents. *Id.* Only 29% of Denver's homeless who

sometimes sleep outside get more than 6 hours of sleep a night; 30% only get three hours or less of sleep each night. *Id.* In addition to diminished hours of sleep, people experiencing homelessness typically sleep in short bursts, subject to frequent interruption. *Id.* In Denver, 16% of homeless residents only sleep for 30 minutes on average before being awoken by an interruption; another 24% sleep 1-2 hours at a stretch before interruption. *Id.* Data shows that Denver police constantly wake homeless people up from sleep and are a main contributor to the sleep problems experienced by Denver's homeless population. 83% of people who sometimes sleep outside in Denver have been awakened by police in the last year. *Id.* Of that group, 57% have had their sleep abruptly interrupted more than three times. *Id.* Police interaction and harassment is also a situation that leads to constant stress and worry among homeless people. *Id.* Even when police aren't waking people up, advising them against the use of blankets and urging them to "move on," homeless individuals are frequently concerned about the possibility of being awakened by police, to the point where it causes people to lose sleep and change their behavior. *Id.* Chronic sleep deprivation, in turn, is linked to immune suppression, hypertension, diabetes, obesity, and cardiovascular disease, and is a known risk factor for the exacerbation of many psychiatric disorders.

26.    The American Public Health Association issued a policy statement on Housing and Homelessness as a Public Health Issue in 2017, stating, "criminalization measures in effect across the United States that target activities associated with homelessness are not only ineffective in reducing homelessness and costly to enforce but serve as a barrier to income and housing stability." American Public Health Association (2017, November), Housing and Homelessness as a Public Health Issue, https://www.apha.org/policies-and-advocacy/public-health-policy-statements/policy-database/2018/01/18/housing-and-homelessness-as-a-public-

health-issue. The statement instead calls for evidence-based housing strategies to reduce homelessness because permanent housing, particularly permanent housing with supportive services, protects and even improves mental and physical health, reducing a person's reliance on expensive hospital visits or other medical treatments.

27.     Ample research demonstrates that permanent supportive housing can dramatically improve health. Indeed, permanent housing reduces emergency room visits by up to 81%, lowers hospital admissions by up to 61%, and even shortens hospital stays by up to 80%. Staten, L. & Rankin, S. (2019), *Penny Wise but Pound Foolish: How Permanent Supportive Housing Can Prevent a World of Hurt*, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3419187.

28.     People without housing experience a higher burden of psychiatric and mental health disorders. The Brain and Behavior Research Foundation cites findings that in 2015, 25% of people experiencing homelessness at a single point in time count had a serious mental illness and 45% of people experiencing homelessness at that time had at least one mental illness. Tarr, P. (2018, November), Brain Matters Blog – Homelessness and Mental Illness: A Challenge to Our Society, https://www.bbrfoundation.org/blog/homelessness-and-mental-illness-challenge-our-society. Comparatively, only 4% of adults in the United States have a serious mental illness. *Id.* Specifically, psychotic disorders such as schizophrenia are over-represented in homeless populations. The Substance Abuse and Mental Health Services Administration (SAMHSA) reports that Post-traumatic Stress Disorder (PTSD) disproportionately affects people experiencing homelessness, with 17% of people who have been homeless for 1 week or more meeting diagnostic criteria compared to 6% of people who have always been housed. SAMHSA notes many people experiencing homelessness have more than one psychiatric diagnosis, stating that roughly 50% of people with Major Depressive Disorder, Schizophrenia, Bipolar disorder,

and Generalized Anxiety Disorder also have co-morbid PTSD. Center for Substance Abuse Treatment, Substance Abuse and Mental Health Services Administration (2013), Treatment Improvement Protocol No. 55: Behavioral Health Services for People Who are Homeless, https://www.ncbi.nlm.nih.gov/books/NBK138725/. A meta-analysis found that in Western countries, including the United States, 12.7% of homeless individuals had psychotic illness, compared to 1% of the general population with Schizophrenia. Fazel, S., Khosla, V., Doll, H., Geddes, J. et al. (2008), The Prevalence of Mental Disorders among the Homeless in Western Countries: Systematic Review and Meta-Regression Analysis, *PLOS Med 5(*12*)*, https://pubmed.ncbi.nlm.nih.gov/19053169/; North, C., Eyrich, K., Pollio, D., Spitznagel, E. (2004), Are Rates of Psychiatric Disorders in the Homeless Population Changing?, *American Journal of Public Health*, *94*(1), https://pubmed.ncbi.nlm.nih.gov/14713706/. The National Coalition for the Homeless connects the dots between mental illness and poor physical health: "Poor mental health may also affect physical health, especially for people who are homeless. Mental illness may cause people to neglect taking the necessary precautions against disease. When combined with inadequate hygiene due to homelessness, this may lead to physical problems such as respiratory infections, skin diseases, or exposure to tuberculosis or HIV." National Coalition for the Homeless (2009, July), Mental Illness and Homelessness, https://www.nationalhomeless.org/factsheets/Mental_Illness.pdf.

29.     As a result of physical and mental health conditions that are caused or exacerbated by a lack of stable and adequate housing, people without housing are significantly more likely to be admitted to the hospital than other populations. According to the American Medical Association, nearly 66% of people experiencing homelessness individuals visit the emergency room annually, compared to 20% of the general population. Berg, S. (2019,

June), Homeless people need more help, not stays in jail: AMA, American Medical Association, https://www.ama-assn.org/delivering-care/population-care/homeless-people-need-more-help-not-stays-jail-ama. As much as a third of people experiencing homelessness are hospitalized during a given year, and they are likely to have a longer length of stay and return more frequently than people with housing. See e.g. Kushel, M., Perry, S., Bangsberg, D., Clark, R., Moss, A. (2002), Emergency Department Use Among the Homeless and Marginally Housed: Results From a Community-Based Study, *American Journal of Public Health 92*(5), https://pubmed.ncbi.nlm.nih.gov/11988447/. People experiencing homelessness are also twice as likely as members of the general public to return to emergency departments within only one week of a hospitalization—often in an ambulance, contributing to high treatment costs and strain on limited emergency resources. COVID-19 has exacerbated these problems. According to a study by researchers at the University of Pennsylvania, UCLA, and Boston University, people experiencing homelessness are projected to be 2 to 3 times more likely to require hospitalization, 2 to 4 times more likely to require critical care in an ICU, and twice as likely to die as a result of COVID-19 infection. Culhane, D., Treglia, D., Steif, K. (2020, March), Estimated Emergency and Observational/Quarantine Capacity Need for the US Homeless Population Related to COVID-19 Exposure by County; Projected Hospitalizations, Intensive Care Units and Mortality, https://endhomelessness.org/wp-content/uploads/2020/03/COVID-paper_clean-636pm.pdf.

**Forcing Homeless Individuals Into Congregate Shelters Exposes Them To Significantly Increased Risk of Contracting COVID-19**

30.      Congregate settings like emergency shelters and jails are the least desirable settings for curbing the spread of COVID-19. Following safe physical distancing guidelines is far more difficult in high-density congregate settings than it is in encampments. A number of factors contribute to a heightened risk of COVID-19 infection and serious illness in congregate shelter

settings. Even if beds are placed six feet apart or separated by barriers, as recommended by the CDC, they are still within range of exposure. When people are not on their beds or cots, such as when they get food, use the restroom, or go outside, they would not be able to maintain adequate physical distance from other residents. Moreover, shared bathrooms, shared drinking fountains, and shared eating facilities increase the number of shared surfaces that people staying in congregate shelters must touch during daily routines. The increased contact with other people and shared surfaces also increases the risk of COVID-19 infection, and increases the risk that multiple people will become infected in a short time. In San Francisco, 144 residents in a single shelter were tested and five were found positive for COVID-19. Less than one week later, more than 90 of those residents tested positive for COVID-19, along with 10 shelter staff workers. Ho, V. (2020, April. It could have been averted: How 92 residents at a San Francisco homeless shelter got COVID-19, *The* Guardian, Available from https://www.theguardian.com/us-news/2020/apr/15/san-francisco-homeless-coronavirus-msc-shelter; Fagan, K. (2020, April), None of homeless who tested positive at big SF shelter showed serious coronavirus symptoms, *SF Chronicle*, Available from https://www.sfchronicle.com/bayarea/article/None-of-homeless-who-tested-positive-at-big-SF-15206152.php. Similarly, in Boston, Massachusetts, the Department of Public Health tested 397 residents of a single shelter and found that 37% of the residents were infected with COVID-19. Many of them were asymptomatic, which demonstrates the futility of trying to screen out symptomatic residents to limit the spread of the virus in congregate shelters. Baggett, T., Keyes, H., Sporn, N., Gaeta, J. (2020), COVID-19 outbreak at a large homeless shelter in Boston: Implications for universal testing, *medRxiv pre-print*, doi: https://doi.org/10.1101/2020.04.12.20059618.

31.     COVID-19 infects people sleeping in homeless shelters more rapidly than people sleeping outdoors, as shelters often house anywhere from 20 to several hundred people within the same room and usually do not offer enough restrooms to meet the United Nations' minimum standard of one toilet per every 20 people. United Nations High Commissioner for Refugees (2020, September), UNHCR Emergency Handbook: Emergency Sanitation Standards, https://emergency.unhcr.org/entry/33014/emergency-sanitation-standards. With lack of access to the most basic of human needs, including running water, toilets, and trash disposal, infectious diseases like COVID-19 spread quickly among unsheltered individuals, particularly those living in environments with minimal protective barriers between them.

32.     Congregate emergency shelters are not an adequate replacement for the stable, private shelter available to people who sleep in encampments during the COVID-19 pandemic. Congregate emergency shelters expose people to communicable disease, infestations, and parasites that are more easily spread in crowded conditions, similar to low-term care facilities. Congregate shelters frequently struggle with inadequate ventilation, overcrowding, and insufficient procedures for handling contagious clients. According to the CDC, these factors contribute to the spreading of diseases such as tuberculosis, influenza, and COVID-19. It is estimated that each individual infected with COVID-19 will infect approximately 2.5 other people – and that number is likely to be higher in homeless populations due to their medical vulnerability and their inability to reduce their contacts with others in congregate settings or public spaces. Liu Y, Gayle AA, Wilder-Smith A, Rocklöv J (2020). The reproductive number of COVID-19 is higher compared to SARS coronavirus. *J Travel Med 27*(2), doi:10.1093/jtm/taaa021; Auerswald, C. (2020), For the Good of Us All: Addressing the Needs of Our Unhoused Neighbors During the COVID-19 Pandemic,

https://publichealth.berkeley.edu/wp-content/uploads/2020/04/For-the-Good-of-Us-All-Report.pdf.

33.     Public health literature is universal in its conclusion that COVID-19 spreads extremely quickly within congregate facilities like shelters. Recent studies consistently find that homeless shelters are a high-risk setting for COVID-19 transmission because of crowding and shared hygiene facilities and homeless populations in congregate shelters are at increased risk of infection with COVID-19. Rogers, J., Link, A., McCulloch, D., Brandstetter, E., Newman, K., et al. (2020), Characteristics of COVID-19 in Homeless Shelters: A Community-Based Surveillance Study, *Annals of Internal Medicine*, https://doi.org/10.7326/M20-3799.

34.     One study, which examined a COVID-19 outbreak at three homeless shelters in King County, Washington, determined that COVID-19 can spread rapidly within and between congregate housing facilities, such as homeless shelters. It also concluded that interrupting COVID-19 transmission in homeless shelters is challenging due to crowding, challenges enforcing physical distancing, asymptomatic transmission, and unavailability of face coverings before public health intervention. In that study, the COVID-19 prevalence rate in one shelter rapidly ballooned, doubling within one week. Tobolowsky, F., Gonzales, E., Self, J., Rao, C., Keating, R., Marx, G., McMichael, T., et al. (2020), COVID-19 Outbreak Among Three Affiliated Homeless Service Sites - King County, Washington, *Morbidity and mortality weekly report, 69*(17), https://doi.org/10.15585/mmwr.mm6917e2. Another study found that COVID-19 spread rapidly in San Francisco's largest shelter, quickly infecting 67% of residents and 17% of staff. Contact tracing revealed that close contacts and those sleeping nearby were most likely to be infected, but that cases were widely distributed throughout the shelter, reinforcing the risks of congregate living and highly populated shelters that don't have the capacity for social distancing.

Imbert, E., Kinley, P., Scarborough, A., Cawley, C., Sankaran, M., et al. (2020), Coronavirus Disease 2019 (COVID-19) Outbreak in a San Francisco Homeless Shelter, *Clinical Infectious Diseases ciaa1071*, https://doi.org/10.1093/cid/ciaa1071. Yet another study of a Boston congregate shelter, which found that 36% of a congregate shelter's residents tested positive for COVID-19 over a two-day period, concluded that its findings "illustrate the rapidity with which COVID-19 can be widely transmitted in a homeless shelter setting." Baggett, T., Keyes, H., Sporn, N., Gaeta, J. (2020), COVID-19 outbreak at a large homeless shelter in Boston: Implications for universal testing, *medRxiv pre-print*, https://doi.org/10.1101/2020.04.12.20059618.

35.     These examples demonstrate the futility of using symptom screening tools to limit the spread of the virus in congregate shelters.  In its *Morbidity and Mortality Weekly Report* on April 22, 2020, the CDC identifies emergency shelters and transitional housing as "settings that can pose risks for communicable diseases." The CDC cites an outbreak in a San Francisco shelter, finding that 66% of shelter residents and 16% of staff were infected with the novel coronavirus. Mosites, E. et al. (2020), Assessment of SARS-CoV-2 Infection Prevalence in Homeless Shelters — Four U.S. Cities, March 27-April 15, 2020, *CDC Morbidity and Mortality Weekly Report 69(*17*)*, https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6917e1-H.pdf.

36.     In addition to physical health risks, congregate shelters may not be medically appropriate settings for people with a history of trauma and/or mental illness. For example, people with schizophrenia may experience a worsening of paranoia and auditory hallucinations when surrounded by large groups of people. Equally, flashbacks, nightmares, anxiety, and hypervigilance related to post-traumatic stress disorder may make it difficult for people to cope with the noisy and crowded conditions in shelters. Equally, avoidance of people, places, and

objects that remind people of past traumas is a diagnostic feature of PTSD. For many people who experience homelessness and PTSD, avoidance of homeless shelters is a survival strategy, as the avoidance reduces PTSD symptoms. Colleti, J. (2020, August), The Increasing Need for Trauma-informed Care Shelters, Homeless and Housing Strategies for California, https://homelessstrategy.com/the-increasing-need-for-trauma-informed-care-shelters/.

37.    The safest, most effective way to reduce risks for homeless individuals, and the general public, during the COVID-19 pandemic is to allow homeless individuals to reside in encampments for the duration of the pandemic.

**Prevalence Testing In Denver Demonstrates That Forcing Homeless Individuals Into Congregate Shelters Exposes Them To Significantly Increased Risk of Contracting COVID-19**

38.    On Monday, June 8, the Colorado Coalition for the Homeless (CCH) in partnership with Denver Public Health (DPH) and DDPHE conducted a voluntary COVID-19 testing pilot for people experiencing homelessness and living unsheltered in the downtown area around the CCH Stout Street Health Center. Encampments were notified by Denver Street Outreach Collaborative (DSOC) members a few days before that testing would take place on Monday morning at Stout and 22nd Streets. Fifty people volunteered to be tested with tests obtained by DDPHE and administered by the DPH team. The following day, June 9, testing results were returned and 29 people were notified of their results with ongoing notification to the remaining volunteers. Of the fifty people tested, no one tested positive for COVID-19. The individuals who were tested were also screened for high-risk conditions including underlying medical conditions that could make them more susceptible to COVID-19 complications if they were to contract to the virus. During testing, eight individuals were identified as high-risk and eligible for referrals to protective action motel rooms due to age or underlying medical

conditions. Seven people were relocated with one person declining. The most common high-risk conditions included Asthma, Chronic Obstructive Pulmonary Disease (COPD), High Blood Pressure, and Diabetes. Colorado Coalition for the Homeless (2020, June), COVID-19 Prevalence Rate of 0% Found in People Experiencing Homelessness and Living in An Encampment in Downtown Denver – Other Health Risks Identified, https://www.coloradocoalition.org/covid-19-prevalence-rate-0-found-people-experiencing-homelessness-and-living-encampment.

39.     The prevalence rate of COVID-19 of those sheltering on the streets is much lower than the prevalence rate of the general population, which is around seven percent. Importantly, the prevalence of COVID-19 among those sheltering on the streets is also significantly lower than those confined in shelters. On May 4th, 2020, Colorado Coalition for the Homeless healthcare staff conducted a pilot study at St. Francis Center where 52 individuals utilizing the day shelter volunteered to be tested for COVID-19. Fourteen of the 52 resulted in a positive diagnosis of COVID-19, or 26.9% of total people tested. Colorado Coalition for the Homeless (2020, May), Surveillance Testing Pilot to Establish Potential COVID-19 Prevalence Among People Experiencing Homelessness in Denver, https://www.coloradocoalition.org/sites/default/files/2020-05/Prevalence%20of%20COVID-19.pdf.

40.     A later round of testing conducted between May 18th, 2020 and June 22nd, 2020 by the Colorado Coalition for the Homeless (CCH) in partnership with Denver Public Health (DPH) and the Denver Department of Public Health and Environment (DDPHE) found that out of 290 individuals tested who were accessing Denver's shelters, 20 were positive for COVID-19, or approximately 7%. Colorado Coalition for the Homeless (2020, June), Surveillance Testing to

Establish Potential COVID-19 Prevalence Among People Experiencing Homelessness Who Utilize Denver Shelters, https://www.coloradocoalition.org/sites/default/files/2020-06/shelter%20testing_final_0.pdf.

41.     There was also an outbreak among staff at the large shelter for men experiencing homelessness at Denver's National Western Complex. In May of this year, at least thirteen people working for the Denver Rescue Mission, which operates the men's shelter, tested positive for COVID-19. Bryson, D. (2020, April 30), Staff members at Denver's National Western Complex shelter have tested positive for the disease caused by the new coronavirus, *Denverite*, https://denverite.com/2020/04/30/at-least-seven-staff-members-at-the-national-western-complex-shelter-have-tested-positive-for-covid-19/.

42.     These testing results track with the above-outlined research, and the fact that nearly all of the biggest known clusters of COVID-19 outbreak in America have been in nursing homes, food processing plants, and correctional facilities; in other words, all places, like Denver's congregate homeless shelters, where people are packed in close quarters with little opportunity for social distancing. The New York Times (2020, September 29), Coronavirus in the U.S.: Latest Map and Case Count, https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html.

**Ending The Sweeps, And Providing Adequate Sanitation To Encampments, Is The Best Way To Prevent Homeless Individuals From Being Infected With, And Suffering Serious Health Consequences From, COVID-19**

43.     There are two primary tools currently available to limit COVID-19 infections. The first is to decrease the likelihood that susceptible people in the population are exposed to COVID-19 infected people through physical distancing, sheltering in place to avoid non-essential contact with others, and quarantining of people who are infected. These measures

involve asking people not to visit public spaces or to congregate, keep at least 6 feet away, and to stay at home as much as possible. Quarantining involves no contact with the community and keeping oneself isolated for 2 weeks. Centers for Disease Control, Coronavirus Disease 2019 (COVID-19): Social Distancing, https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/social-distancing.html. The second is to decrease the probability of transmission of infection from someone with the virus to someone who is susceptible if and when such contact takes place. Key ways to do this are to ensure frequent access to handwashing and hygiene in sanitary sites and access to masks that can filter out the virus. Partial social distancing or social distancing of especially vulnerable individuals, such as people aged 65 and older, is far less effective overall. Centers for Disease Control, Coronavirus Disease 2019 (COVID-19): Protect Yourself, https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html. Thus, it is critical for all people to be able to safely shelter in place and to maintain necessary physical distancing—including people living in encampments as their only form of available housing.

44.     The sweeps and displacement of homeless individuals in Denver contributes to the spread of disease by encouraging people living in encampments to frequently move throughout the City to avoid arrest and seizure of their only means of survival. Westbrook, M. & Robinson, T. (2020), Unhealthy by design: health & safety consequences of the criminalization of homelessness, *Journal of Social Distress and Homelessness*, DOI: 10.1080/10530789.2020.1763573. Frequent moving likely increases risk for spread of disease as individuals will come into contact with people with whom they normally would not be in contact.

45.     Even if a place of shelter isn't optimal, such as an encampment, a stable place to access shelter is invaluable to safety and health. Constant movement shifts all priorities to

meeting basic physiologic needs such as food, shelter and safety. The threat of punishment related to habitation in an encampment can undermine individuals' health by interrupting sleep, raising stress levels, and causing people not to access necessary goods and services. In addition, in response to orders to move along, homeless residents in my study reported that they frequently leave behind the security of groups and the safety of well-lit areas, with 50% seeking out hidden or isolated city locations to sleep, 23% seeking out hidden river or creek bed locations, and 24% choosing to keep moving all night. In these locations, they find themselves at higher risk of physical assault, robbery, and violent threats compared to those who don't feel forced to move. Westbrook, M. & Robinson, T. (2020), Unhealthy by design: health & safety consequences of the criminalization of homelessness, *Journal of Social Distress and Homelessness*, DOI: 10.1080/10530789.2020.1763573. This focus on survival makes progressing in anything else such as obtaining a job, enrolling in benefits, or even attending to health needs impossible. People who are subject to penalty for meeting their basic human need for shelter in encampments do not have adequate stability, and their health suffers for it.

46.     The sweeps result in further destabilization of homeless individuals' lives, requiring repeated moves to different and documented less safe locations, and reducing their access to the healthcare and social service providers who know them best and provide resources in times of crisis, particularly in a time of pandemic. Westbrook, M. & Robinson, T. (2020), Unhealthy by design: health & safety consequences of the criminalization of homelessness, *Journal of Social Distress and Homelessness*, 10.1080/10530789.2020.1763573. Healthcare is already fragmented for people experiencing homelessness, sheltered or otherwise, and most have complicated physical and mental health histories. Moving reduces access to their healthcare providers who prescribe medications for their chronic illnesses. Without these

medications, people experiencing homelessness will be more likely to visit an emergency room for reasons that could have been avoided. Healthcare connections are critical and contracting COVID-19 somewhere different from where a homeless person usually stays may lead to fragmented access to healthcare.

47.     The constant movement to multiple parts of Denver also increases the likelihood that people living in encampments will be exposed to and, in turn, spread COVID-19 infection. Thus, these policies increase the likelihood that people living in encampments will need to use limited emergency health care resources and/or be hospitalized – a significant public health risk factor during the COVID-19 outbreak.

48.     Constantly being forced to move also increases their risk of serious illness from COVID-19. People experiencing homelessness suffer worse health than housed people in general and are more likely to become severely ill or die from COVID-19 whether or not they fall into the currently accepted vulnerable groups. Indeed, the CDC criteria for vulnerability may miss important conditions that nevertheless do cause increased risk for contraction of COVID-19 and/or serious complications resulting from the disease. Prohibiting people living in encampments from sheltering in place during the COVID-19 outbreak will not only threaten their lives, but also the health and lives of Denver's community at large by undermining collective efforts to stop the spread of the virus.  This not only has a harmful public health impact, but it also makes public health policies, which come with significant economic costs to Denver, less effective and can prolong the life of the pandemic.

49.     Unrestricted access to public bathrooms equipped with toilets, running water, and soap for individuals experiencing homelessness is also extremely important to COVID-19 mitigation and public health generally. In my study, 54% of homeless individuals noted it was

"difficult" or "nearly impossible" to find a place to use the bathroom when needed. Similarly, 45% of homeless individuals identified access to a facility to wash up and attend to personal hygiene as extremely difficult or pretty difficult. Robinson, T. & Westbrook, M. (2020), Unhealthy by design: Public health consequences of the criminalization of homelessness, https://denverhomelessoutloud.files.wordpress.com/2019/04/unhealthy-by-design-final.pdf. Of note from a prior 2013 study, 83% of homeless individuals have been denied bathroom access and 63% have been denied water access because they were homeless. *Id.* Lack of access to toilets and hand washing leads to increased frequency of open defecation (OD) where people are forced to defecate in public spaces. This is a significant health concern. In one U.S. city, over one quarter of human feces collected from open defecation sites was found to contain at least one infectious pathogen. Frye, E., Capone, D., and Evans, D. (2019), Open Defecation in the United States: Perspectives from the Streets, *Environmental Justice 12*(5), http://doi.org/10.1089/env.2018.0030. Flush toilets and portable toilets remove solid waste from the environment safely and limit fecal exposure to people experiencing homelessness and the general public. Outbreaks of Hepatitis A and other infectious diseases in the United States have been linked with lack of access to toilets within homeless encampments. *Id.*

50.     Demonstrating the importance and wide acceptance of the above-outlined mitigation strategies, the University of California at Berkeley's School of Public Health released a report, *For the Good of Us All: Addressing the Needs of Our Unhoused Neighbors During the COVID-19 Pandemic*, which also emphasizes the need to assist homeless people to safely shelter in place and to access necessary resources at the locations where they live. Auerswald, C. (2020), For the Good of Us All: Addressing the Needs of Our Unhoused Neighbors During the COVID-19 Pandemic, https://publichealth.berkeley.edu/wp-content/uploads/2020/04/For-the-Good-of-Us-All-Report.pdf. The report was produced by medical practitioners, public health professionals, and

social scientists, making a number of recommendations for responding to the needs of homeless people during the COVID-19 outbreak based on a review of scientific evidence and homelessness policies. The report emphasizes the importance of physical distancing and sheltering in place, practicing good hygiene, and wearing masks. To enable people experiencing homelessness to safely shelter in place, the report recommends that they be given access to housing and supports. *Id.* Absent that, the report recommends that people experiencing homelessness be provided with resources and supports to safely shelter in place in their current shelter, including in their own tents. *Id.* Ensuring that people experiencing homelessness can properly shelter in place will help to "flatten the curve," decrease the demand for services from hospitals, and enable us to lift shelter-in-place orders sooner than if people experiencing homelessness are not sheltered-in-place.

51.     I, Marisa Westbrook, declare under the penalty of perjury under the law of Colorado that the foregoing is true and correct.

*Marisa Westbrook*
**Marisa Westbrook**

# MARISA KAPLAN WESTBROOK

marisa.westbrook@ucdenver.edu

## EDUCATION

PhD Candidate in Health and Behavioral Sciences, University of Colorado Denver, August 2017-Present
   Dissertation Proposal: *Navigating the risk of displacement: An ethnographic study of low-income residents in a gentrifying neighborhood of Denver, Colorado*

MPH Health & Social Behavior, University of California, Berkeley, 2017
   Multicultural Health Specialty

BA International Affairs, George Washington University, 2012
   *Cum Laude*, Global Health Concentration

## PEER-REVIEWED PUBLICATIONS

**Westbrook, M.**, Martinez, L., Mechergui, S., Yeatman, S. (2020). The Influence of School-Based Health Center Access on High School Graduation: Evidence from Colorado. *The Journal of Adolescent Health,* 67(3), 447-449.
   Featured in editorial: Soleimanpour, S. (2020). School-Based Health Centers: At the Intersection of Health and Education. *The Journal of Adolescent Health,* 67(3), 317-318.

**Westbrook, M.**, Robinson, T. (2020). Unhealthy by Design: Health and Safety Consequences of the Criminalization of Homelessness. *Journal of Social Distress in the Homeless*, DOI: 10.1080/10530789.2020.1763573.

Yu, K., **Westbrook, M**., Brodie, S., Lisker, S., Vittinghoff, E., Hua, V., Russell, M., Sarkar, U. (2020). Gaps in Treatment and Surveillance: Head and Neck Cancer Care in a Safety-Net Hospital. *OTO Open* 4(1), 1-7.

Lyles C, Handley, M, Ackerman, S, Schillinger, D, Williams, P, **Westbrook, M**, Gourley, G, Sarkar, U. (2018). Innovative Implementation Studies Conducted in US Safety Net Health Care Settings: A Systematic Review. *Journal for Healthcare Quality* 34(3): 293-306.

Cherian, R, **Westbrook, M**, Ramo, D, Sarkar, U. (2018). Representations of Codeine Misuse on Instagram: Content Analysis. *JMIR Public Health and Surveillance 4*(1), e22.

## OTHER PUBLICATIONS

Bruckner, H., Castro-Campos, I., Dansky, H., Loberg, L., Marquez, J., Schaefbauer, C., Teig, E, **Westbrook, M**. Boulder Food Rescue Report: Food Access in Boulder CO. Boulder, Colorado.

Schmitt, M., Zubia, M., Martinez, L., Mechergui, S., **Westbrook, M** (2020). Student Health Needs Assessment: Kids First Health Care in Commerce City. Commerce City, Colorado.

**Westbrook, M.**, Wikselaar, C. (2019). Urban Gentrification and Higher Education. CU Denver College of Architecture and Planning, ROOT Student Journal. Denver, Colorado.

Schmitt, M., Martinez, L., Mechergui, S., **Westbrook, M.**, Yeatman, S. (2019). Student Health Needs Assessment: Kids First Health Care at Thornton High School. Thornton, Colorado.

Robinson, T., **Westbrook, M.** (2019). Unhealthy by Design: Public Health Consequences of Denver's Criminalization of Homelessness. Denver, Colorado.

## GRANTS AND FELLOWSHIPS

- CU Denver Dept. of Health and Behavioral Sciences, Research Fellow - $8,000 (2020-2021)
- CU Denver Dept. of Health and Behavioral Sciences, Teaching Fellow - $13,500 (2020-2021)
- Lifespan Local and Barton Institute for Community Action, Research Mini-Grant - $2,000 (2020)
- CU Denver Dept. of Health and Behavioral Sciences, Summer Research Fellow - $4,000 (2020)
- CU Denver CLAS Research Innovation Seed Program Fund (Co-PI) - $5,000 (2019-2020)
- Colorado School of Public Health Center for Public Health Practice, RMPHTC Student Leaders in Public Health - $3,500 (2018-2019)
- CU Denver Dept. of Health and Behavioral Sciences, Fellow - $4,500 (2018)
- UC Berkeley Student Collaborative for Impact Leadership, Leaders in Action Grant - $500 (2017)

## AWARDS

- CU Denver Student Life & Campus Community, Student Employee of the Year, Nominee (2020)
- CU Denver Dept. of Health and Behavioral Sciences, Student Research Award (2020)
- Robert Wood Johnson Foundation/National Civic League Health Equity Award, Nominee (2019)
- CU Denver Dept. of Health and Behavioral Sciences, Prospectus Defense Award - $2,500 (2019)
- CU Denver Dept. of Health and Behavioral Sciences, Academic Standing Award - $3,000 (2019)
- CU Denver Dept. of Health and Behavioral Sciences, Student Teaching Award (2019)
- University of Colorado President's Diversity Award, Nominee (2018)

## PEER-REVIEWED PRESENTATIONS

**Westbrook, M**. "Navigating the Risk of Displacement: An Ethnographic Study of Low Income Residents in a Gentrifying Neighborhood." CPHA Annual Meeting, Housing and Community Panel. Virtual. August 25, 2020.

Ozer, E, Duarte, C, Hoyt, L, Cohen, A, **Westbrook, M**, Hubbard, A, Gaarde, J, Deardorff, J. "Using A Multi-Method Approach to Assess Impacts of the Sleep Fitness School-Based Intervention on Sleep and Substance Use." Society for Research on Adolescence Biennial Meeting. San Diego, CA. March 20, 2020. *cancelled due to COVID-19.*

**Westbrook, M**, Denver Homeless Out Loud, Robinson, T. "Unhealthy by Design: Public Health Consequences of Denver's Criminalization of Homelessness." CPHA Annual Meeting. Keystone, CO. August 29, 2019.

**Westbrook, M**, Martinez, L, Mechergui, S, Scandlyn, J, Yeatman, S. "Sexual Health & Contraceptive Use: Discussions with Emerging Adults in Rural & Suburban Colorado." CPHA Annual Meeting. Keystone, CO. August 28, 2019.

Yu, K, **Westbrook, M**, Brodie, S, Lisker, S, Vittinghoff, E, Hua, V, Russell, M, Sarkar, U. "Gaps in Treatment and Post-Treatment Surveillance among Head and Neck Cancer Patients at an Urban Tertiary-Care Public Hospital." American Academy of Otolaryngology-Head and Neck Surgery Annual Meeting. Atlanta, GA. October 8, 2018.

**Westbrook, M**, O'Connell, R. "Structural Competency: A New Framework for Responding to Health Inequity." CPHA Annual Meeting. Keystone, CO. August 29, 2018.

UC Berkeley Sleep Fitness Study. "Improving the Research-Practice Gap in Public Education: Contextual and Collaborative Approaches to Dissemination and Implementation." Society for Community Research and Action's Biennial Conference 2017. Ottowa, Canada. June 23, 2017.

**Westbrook, M.** "The UC-Berkeley Sleep Fitness Study: Working to Promote Healthier Sleep Patterns Among Urban Teens." BUSD Research Symposium. Berkeley, CA. January 21, 2017.

## PEER-REVIEWED POSTER PRESENTATIONS

**Westbrook, M**. "Navigating the Risk of Exclusionary Displacement: A Provisional Conceptual Framework of the Drivers of Gentrification." Society for Applied Anthropology Annual Meeting. Albuquerque, NM. March 19, 2020. *cancelled due to COVID-19.*

**Westbrook, M**, Martinez, L, Mechergui, S, Scandlyn, J, Yeatman, S. "Contraceptive Access and Use through School-Based Health Centers (SBHCs): Rural and Suburban Students' Perceptions from Colorado." American Public Health Association Annual Meeting. Philadelphia, PA. November 5, 2019.

**Westbrook, M**, McGladrey, M, Harvey, M. "Framing Health, Behavior, and Structure: A Critical Discourse Analysis of Commonly Assigned Social and Behavioral Health Science Textbooks within MPH Coursework in the US." American Public Health Association Annual Meeting. Philadelphia, PA. November 5, 2019.

Mechergui, S, **Westbrook, M**, Martinez, L, Scandlyn, J, Yeatman, S. "Parental Perception of School-Based Health Centers in a Suburban Community." Colorado Public Health Association Annual Meeting. Keystone, CO. August 29, 2019.

Martinez, L, **Westbrook, M**, Mechergui, S, Yeatman, S. "The Influence of School-Based Health Center Access on High School Graduation: Evidence from Colorado." Colorado Public Health Association Annual Meeting. Keystone, CO. August 29, 2019.

Martinez, L, **Westbrook, M**, Mechergui, S, Yeatman, S. "The Influence of School-Based Health Center Access on High School Graduation: Evidence from Colorado." 2018 SACNAS – The National Diversity in STEM Conference. San Antonio, Texas. October 12, 2018.

Cherian, R, **Westbrook, M**, Ramo, D, Sarkar, U. "Kids are not alright/Trapped, chopped and screwed: Representations of codeine misuse on Instagram." American Public Health Association Annual Meeting. Atlanta, Georgia. November 7, 2017.

Cherian, R, **Westbrook, M**, Ramo, D, Sarkar, U. "Drowning in #codeine: Representations of codeine misuse on Instagram." University of California, San Francisco Health Disparities Research Symposium. October 13, 2017.

**Westbrook, M**. "Black Power for Health: African American Social Movements & Implications for Public Health." Colorado Public Health Association Annual Meeting, Public Health in the Rockies. October 6, 2017.

## SELECTED PRESS COVERAGE

Evans, B. (2020, August 28). Criminalizing Homelessness has a Human Cost, Researchers Say. *Denver Channel.* https://www.thedenverchannel.com/news/national/criminalizing-homelessness-has-a-human-cost-researchers-say.

McCormick-Cavanagh, C. (2020, August 8). Homeless Camps in Central Denver Are Growing, but Nothing New. *Westword.* https://www.westword.com/news/homeless-camps-crop-up-in-core-cities-for-safety-services-11768905.

Oldham, J. (2019, September 19). Initiative 300 Was Voted Down in Denver. Now What? *The Colorado Trust.* https://www.coloradotrust.org/content/story/initiative-300-was-voted-down-denver-now-what.

Kenney, A. (2019, May 2). "Jerr-E-ville" Stands — and Falls — as a Symbol of Denver's Homeless Struggle. *Denver Post.* https://www.denverpost.com/2019/05/02/initiative-300-camping-ban-jerreville/.

Randle, E. (2019, April 15). Denver's Homeless Camping Initiative Stirs Debate. *9News.* https://www.9news.com/article/news/local/denvers-homeless-camping-initiative-stirs-debate/.

## RESEARCH EXPERIENCE

| | |
|---|---|
| Research Fellow | 2020-Present |
| CU Denver Health and Behavioral Sciences Department | |

| | |
|---|---|
| Study Coordinator, School-Based Health Center Research Team | 2017-2020 |
| CU Denver Health and Behavioral Sciences Department | |

| | |
|---|---|
| Study Coordinator, Health & Safety Impacts of Homelessness | 2018-2019 |
| CU Denver Department of Political Science | |

| | |
|---|---|
| Study Coordinator, NIDA Sleep Fitness Study | 2015-2017 |
| Ozer Lab, UC Berkeley School of Public Health | |

| | |
|---|---|
| MPH Summer Research Internship | Summer 2016 |
| UCSF Center for Vulnerable Populations, San Francisco General Hospital | |

| | |
|---|---|
| Research Assistant, Special Diabetes Program for Indians | 2013-2015 |
| Centers for American Indian and Alaska Native Health, Colorado School of Public Health | |

## INVITED PRESENTATIONS

Guest Lecturer. "Social Justice and Health Equity." Introduction to Health Systems, Management and Policy graduate course at the Colorado School of Public Health. March 3, 2020.

Guest Lecturer. "Gentrification and Health in Denver." American Cities undergraduate geography course at CU Boulder. February 20, 2020.

Guest Lecturer. "Community-Based Participatory Research for Health Equity: What It Is and Why It's Valuable." Public Health Nutrition Class at CU Denver. June 25, 2019.

Guest Lecturer. "The Built Environment: The Social Ecological Model of Housing and Its Implications for Health." Introduction to Public Health Class at CU Denver. April 23, 2019.

Co-Presenter. "Report Release: Unhealthy by Design - Public Health Consequences of Denver's Criminalization of Homelessness." Denver Homeless Out Loud. April 13, 2019.

Guest Lecturer. "What is the Built Environment?" Introduction to Public Health Recitation Sections at CU Denver. November 26 and 28, 2018.

Guest Lecturer. "Housing and Environmental Justice: Keys to Health Equity." Introduction to Public Health Class at CU Denver. April 17, 2018.

Guest Lecturer. "Why Place Matters: Housing as a Social Determinant of Health." Social Determinants of Health Class at CU Denver. April 11, 2018.

Panel Member. "Students in Public Health." Cal Prep Charter School's College Week at UC Berkeley. Berkeley, CA. May 5, 2017.

Panel Member. "Paths to Public Health." Alameda County Health Pipeline Partnership and UC-HBCU Summer Research Program at UC Berkeley. Berkeley, CA. July 19, 2016.

## ACADEMIC TEACHING

Instructor, CU Denver
- Public Health 4021 – Community Health Assessment (Online Summer 2020)
- Public Health 1001 – Gender, Race, Class & Health (Fall 2018, Hybrid Spring 2020)
- Architecture and Planning MOOC Course: Health and Design – Gentrification and Health Module Co-Instructor (Online, Spring 2019)

Teaching Assistant, CU Denver

- Public Health 3030 – Health Policy (Online Fall 2020, Online Spring 2021)
- Public Health 2001 – Introduction to Public Health (2 discussion sections) (Fall 2017, Spring 2018, Spring 2019)

## SCHOLARSHIPS

- CU Denver Dept. of Health and Behavioral Sciences, Conference Scholarship (yearly, 2017-2020)
- CU Denver Graduate School, Conference Scholarship (2019)
- CU Denver College of Liberal Arts and Sciences, Conference Scholarship (2019)
- Colorado Public Health Association, Conference Scholarship (2017, 2019)
- Colorado Health Foundation, Colorado Health Symposium University Fellowship (2019)
- Denver Office of Economic Development, Housing Forum Exhibitor Scholarship (2019)
- CU Denver Dept. of Health and Behavioral Sciences, Tuition Scholarship (2017-2019)
- Denver Office of Economic Development, Denver Housing Summit Scholarship (2018)
- Eustace-Kwan Family Foundation/UC Berkeley Center for Health Leadership, Scholarship (2016)
- George Washington University, Commitment to Community Scholarship (2012)

## COMMUNITY SERVICE

- Greenhouse Scholars, Application Reviewer and Professional Networking Member (2019-)
- EarthLinks, Board Member (2019-)
- Boulder Food Rescue, Research Consultant (pro bono) (2019-2020)
- Denver Homeless Out Loud, Research Consultant (pro bono) (2018-2020)
- Kids First Health Care, Research Consultant (pro bono) (2018-2020)
- Basic Needs Security Intern, University of California Berkeley Food Pantry (2017)
- Girls Health Ed, Founding Board Member (2012-2017)

## UNIVERSITY SERVICE

- CU Denver Research and Creative Activities Symposium, Social Science Judge (2020)
- CU Denver CLAS Educational Policies & Curriculum Committee, Student Rep. (2019-2020)
- CU Denver Graduate Student Advisory Group, Dept. Representative (2017-2019)
- CU Denver CLAS Strategic Plan Community Impact Subcommittee, Member (2018)
- CU Denver CLAS Dean's Student Advisory Council, Dept. Representative (2017-2018)
- UC Berkeley SPH Admissions Committee, Student Representative (2016-2017)

## PROFESSIONAL MEMBERSHIPS + AFFILIATIONS

- Colorado Public Health Association (2016-)
  - o Explore Public Health Program Coordinator (2018-2020)
  - o Health Equity Coalition, Professional Development Lead (2018-2020)
  - o Student Co-Director (2017-2018)
- American Public Health Association (2013-)
- University of California Berkeley Network on Adolescent Wellbeing & Development (2016-2017)
- University of California Consortium on the Developmental Science of Adolescence (2016-2017)

## REVIEWER

- *Journal of Social Distress in the Homeless*, Reviewer (2019-)
- Public Health in the Rockies Conference, Abstract Reviewer (2014, 2017-2020)
- American Public Health Association, Student Assembly Abstract Reviewer (2017, 2019)

## SKILLS

- Spanish (ACTFL Advanced Mid)
- French (DALF C2)
- NVivo, Dedoose, Stata, Qualtrics, EndNote, Web Design, Social Media

## SELECTED TRAININGS

- UC Berkeley Center for Ethnographic Research, Intensive Workshop (2020) *cancelled due to COVID-19*
- CU Denver Office of Digital Education, Online Skills Mastery Bootcamp (2020)
- CU Denver Center for Faculty Development, Building Democratic Classrooms (2019-2020)
- ResearchTalk, Inc., Qualitative Data Analysis Camp (2019)