**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02985-WJM-SKC

DENVER HOMELESS OUT LOUD, *et al.*, on behalf of themselves and all others similarly
situated,

Plaintiffs,

v.

DENVER, COLORADO, *et al.*

Defendants.

**BRIEF OF AMICUS CURIAE THE ACLU OF COLORADO IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

## I.     Introduction

At a three-day vigil in front of City Hall, Denver residents gathered to hold space to
honor the disproportionate number of people of color estimated to experience homelessness in
the metro area.[1] As that vigil highlighted, the cruel and unproductive criminalization and sweeps
of the unhoused that are the subject of this lawsuit cause racialized harm. People of color are
overrepresented among those without housing in Denver and are especially vulnerable to
contracting, suffering serious harm from, and dying of COVID-19. As a result, their health and
lives face intersectional, compounded risk from Defendants' dangerous tactic of displacement
during a surging pandemic. The ACLU of Colorado respectfully requests that the Court weigh
the substantial evidence of disparate racial harms, presented below, in its consideration of
Plaintiffs' motion for preliminary injunction [Doc. #47] and conclude that avoiding irreparable
injury and advancing the public interest support providing the requested relief.

---

[1] Noah Kaplan, *Denver's Race and Homelessness Vigil Continues at City Hall*, Westword (Oct. 17,
2020), https://www.westword.com/news/denver-race-and-homelessness-vigil-for-bipoc-11826920.

I.    **People of Color Face Intersectional, Compounded Risk of Serious Harm from Sweeps During the COVID-19 Pandemic.**

Plaintiffs' preliminary injunction motion sets forth the significant health risks associated with Defendants' practice, counter to Centers for Disease Control and Prevention ("CDC") guidance, of sweeping encampments of unhoused Denver residents during the COVID-19 pandemic. Substantial evidence suggests that these harms will be borne disproportionately by Denver's people and communities of color, who are overrepresented among those experiencing homelessness and especially vulnerable to COVID-19.

A.    **People of Color Are Disproportionately Unhoused.**

"Racial inequity is entrenched in the homelessness crisis"[2]: a history of discrimination in our housing, education, child welfare, healthcare, criminal legal, and other systems has resulted in a "pileup of inequities" for homeless people of color.[3]

People of color disproportionately experience homelessness across the country. Nationwide, despite comprising only 13% of the general population, African Americans[4] account for 40% of people experiencing homelessness and 52% of homeless families with children.[5] Over a fifth of all people experiencing homelessness and almost a quarter of individuals experiencing homelessness in major cities are Hispanic or Latino, although they comprise only

---

[2] Matt Meyer, *Op-Ed: A Call to Action on Race, Homelessness and COVID-19*, Westword (Apr. 18, 2020), https://www.westword.com/news/covid-19-pandemic-race-inequity-homelessness-health-care-housing-11692397.

[3] Teresa Wiltz, *'A Pileup of Inequities': Why People of Color Are Hit Hardest by Homelessness*, PEW (March 29, 2019), https://www.pewtrusts.org/en/research-and-analysis/blogs/stateline/2019/03/29/a-pileup-of-inequities-why-people-of-color-are-hit-hardest-by-homelessness; *see also* National Law Center on Homelessness & Poverty, *Racism, Homelessness, and COVID-19* (2020), https://nlchp.org/wp-content/uploads/2020/05/Racism-Homelessness-and-COVID-19-Fact-Sheet-_Final_2.pdf.

[4] The terminology used in this brief to describe different racial and ethnic groups will reflect the terminology used in the relevant cited source in order to faithfully represent diverse data sets and avoid suggesting the validity of apple-to-apple comparison.

[5] Meghan Henry et al., U.S. Dep't of Housing & Urban Dev., *The 2019 Annual Homeless Assessment Report (AHAR) to Congress* 10 (2020), https://www.huduser.gov/portal/sites/default/files/pdf/2019-AHAR-Part-1.pdf.

18% of the general population.[6] Native Americans make up 3.6% of individuals experiencing

homelessness in the United States,[7] while people identifying as American Indian or Alaskan

Native are estimated to represent only 1.3% of the population.[8] Native Hawaiians and Pacific

Islanders have the highest rate of homelessness in the United States, followed by American

Indians/Alaska Natives, African Americans, and Hispanic people.[9]

Metro Denver is not immune from these racial disparities in homelessness. Here, too,

there is "gross overrepresentation" of Native Hawaiian/Pacific Islanders, American

Indian/Alaska Natives, and Black/African Americans in the population of people experiencing

homelessness compared to their representation in the general population.[10] Native

Hawaiian/Pacific Islanders comprised 1.51% of the 2020 point-in-time count of people

experiencing homelessness in Metro Denver ("PIT count")[11]—14.2 times their representation in

the general population; American Indian/Alaska Natives comprised 5.55% of the PIT count—7.1

times their representation in the general population; and Black/African Americans comprised

23.21% of the PIT count—4.4 times their representation in the general population. According to

the PIT Count, American Indian/Alaskan Natives account for 8.64% of the unsheltered

---

[6] *Id.* at 10, 30.

[7] *AHAR*, *supra* note 5, at 21.

[8] United States Census Bureau, *QuickFacts* (July 1, 2019),
https://www.census.gov/quickfacts/fact/table/US/PST045219.

[9] National Alliance to End Homelessness, *Racial Inequalities in Homelessness, by the Numbers* (June 1, 2020), https://endhomelessness.org/resource/racial-inequalities-homelessness-numbers/.

[10] Metro Denver Homeless Initiative ("MDHI"), *State of Homelessness* 8 (2020),
https://d3n8a8pro7vhmx.cloudfront.net/mdhi/pages/2652/attachments/original/1602515777/StateofHomel
essness_Final.pdf?1602515777.

[11] The 2020 PIT count measured the number of people experiencing literal homelessness—i.e., people living in (1) a place not meant for habitation, (2) shelter, and (3) some transitional housing programs—on January 27, 2020. *Point in Time (PIT) Count & Survey, MDHI, https://www.mdhi.org/point_in_time.* The PIT count is widely considered an undercount of homelessness generally and unsheltered homelessness in particular. *See* MDHI, *2019 Point in Time Report* 7 (2019),
https://d3n8a8pro7vhmx.cloudfront.net/mdhi/pages/231/attachments/original/1565116221/mdhi2019PIT
Report_final.pdf?1565116221.

population; Black/African Americans make up 14.09% of the unsheltered population, and people with Hispanic/Latinx ethnicity account for 23.64% of the unsheltered population.[12]

In addition to the annual PIT count, this year the Metro Denver Homeless Initiative ("MDHI") released its first *State of Homelessness* report, which analyzed the PIT in combination with other data sets offering a broader and fuller view of homelessness in the region.[13] Notwithstanding variances among the measures in the report, "one commonality across all data sources is the glaring racial inequity of homelessness."[14] For example, Black/African American adults, who comprise 5.3% of the general population, accounted for 20.5% of the PIT count,[15] 23.5% of adults that accessed homelessness-related services at agencies utilizing a statewide data tracking system,[16] and 27% of those who had taken a vulnerability index survey administered by providers offering homelessness-related assistance.[17] Overrepresentation of people of color is also a constant whether looking at counts of adults,[18] families with children,[19] or youth experiencing homelessness.[20] From every vantage point, homelessness in Metro Denver disproportionately burdens people of color.

---

[12] *Id.* "Unsheltered" means "[w]ith a primary nighttime residence that is a public or private place not designed for or ordinarily used as a regular sleeping accommodation for human beings, including a car, park, abandoned building, bus or train station, airport, or camping ground." *MDHI, State of Homelessness, supra* note 10, at 17.
[13] *Id.* at 4, 13–16 (describing different data sources consulted).
[14] *Id.* at 11.
[15] *Id.* at 20.
[16] *Id.* at 22.
[17] *Id.* at 24.
[18] *See id.* at 19–25.
[19] *See id.* at 26–32.
[20] *See id.* at 33–43.

**B.**  **People of Color Are Especially Vulnerable to COVID-19.**

1.  <u>People of color are more likely to be exposed to the novel coronavirus and face elevated risk of serious harm and death from COVID-19.</u>

COVID-19 can make anyone sick. The virus has taken the lives of more than 230,000 in the United States,[21] and total cases in Denver exceed 21,000.[22] The pandemic has touched every county in Colorado, and Coloradans of all demographics have fallen ill and lost their lives.[23]

But mounting evidence makes clear that throughout the country, the virus is taking a disproportionate toll on communities of color. "[T]he trend is crystal clear: People of color get sick and die of COVID-19 at rates higher than whites and higher than their share of the population."[24] Approximately 1 in 920 Black Americans—more than 43,000 overall; 1 in 1,110 Indigenous Americans—almost 2,000 overall; and 1 in 1,360 Latinx Americans—almost 44,000 overall, have died from COVID-19.[25] Adjusted for age, Black, Indigenous, and Latinx people were more than 3 times as likely to have died of COVID-19 than white people in the United States.[26] And of children who have died of COVID-19, most were children of color.[27] The agonizing reality is that if Black, Indigenous, and Latinx people had died from COVID-19 at the same rate as white people in the United States, about 21,800 Black lives, 11,400 Latinx lives,

---

[21] *United States COVID-19 Cases and Deaths by State*, CDC (Nov. 3, 2020), https://covid.cdc.gov/covid-data-tracker/#cases_casesinlast7days.

[22] *Denver COVID-19 Data Summary*, Denver Public Health (Nov. 2, 2020), https://storymaps.arcgis.com/stories/50dbb5e7dfb6495292b71b7d8df56d0a.

[23] *Colorado COVID-19 Data*, Colo. Dep't of Pub. Health & Env't & Colo. State Emergency Operations Ctr. (Oct. 28, 2020), https://covid19.colorado.gov/data.

[24] Daniel Wood, *As Pandemic Deaths Add Up, Racial Disparities Persist—and in Some Cases Worsen,* NPR (Sept. 23, 2020), https://www.npr.org/sections/health-shots/2020/09/23/914427907/as-pandemic-deaths-add-up-racial-disparities-persist-and-in-some-cases-worsen.

[25] APM Research Lab, *The Color of Coronavirus: COVID-19 Deaths by Race and Ethnicity in the U.S.* (Oct. 15, 2020), https://www.apmresearchlab.org/covid/deaths-by-race.

[26] *Id.*; *see also* Tiffany Ford et al., The Brookings Institution, *Race Gaps in COVID-19 Deaths Are Even Bigger Than They Appear* (June 16, 2020), https://www.brookings.edu/blog/up-front/2020/06/16/race-gaps-in-covid-19-deaths-are-even-bigger-than-they-appear/.

[27] Roni Caryn Rabin, *Why the Coronavirus More Often Strikes Children of Color*, N.Y. Times (Sept. 1, 2020), https://www.nytimes.com/2020/09/01/health/coronavirus-children-minorities.html.

and 750 Indigenous lives would not have been lost.[28]

For people of color, Denver has been no haven from this national disaster. Here, too, "a disproportionate number of Black and Brown people are dying."[29]



Denver Public Health reports "clear disparities" along racial and ethnic lines in COVID-19 diagnoses, hospitalizations, and deaths.[30] Although Black people make up only 8% of the Denver County population, they account for 12% of its confirmed COVID-19 cases.[31] Latinx residents of Denver account for 54% of COVID-19 cases and hospitalizations in the city notwithstanding that they comprise about 30% of the overall population, and that proportion has

---

[28] APM Research Lab, *supra* note 25.

[29] Meyer, *supra* note 2.

[30] *Denver COVID-19 Data Summary*, *supra* note 22.

[31] Meyer, *supra* note 2.

only worsened since the pandemic began.[32] Even as COVID-19 infection rates have varied over time, they have been "consistently elevated" in Denver's communities of color.[33]

Courts, including this one, have widely recognized the disparate impact of COVID-19 on communities of color. *E.g.*, *Essien v. Barr*, No. 20-cv-1034-WJM, 2020 U.S. Dist. LEXIS 72422 at *17–18 (D. Colo. Apr. 24, 2020) (observing that "'Black, Non-Hispanic' individuals make up 8% of Denver's population but 16% of those in Denver requiring hospitalization for COVID-19"); *NAACP v. United States Postal Serv.*, No. 20-cv-2295, 2020 U.S. Dist. LEXIS 188326, *6 (D.D.C. Oct. 10, 2020); *People First of Ala. v. Merrill*, No. 2:20-cv-00619, 2020 U.S. Dist. LEXIS 147855, *23–24 (N.D. Ala. Aug. 17, 2020).

Of course, "[v]iruses don't discriminate."[34] The racialized fault lines of the current pandemic are not attributable to the novel coronavirus; instead, the disease has only revealed and exacerbated inequities symptomatic of an existing discriminatory structure. As the CDC explains, "[l]ong-standing systemic health and social inequities have put many people from racial and ethnic minority groups at increased risk of getting sick and dying from COVID-19."[35] These inequities are associated with more COVID-19 cases, hospitalizations, and deaths where communities of color "live, learn, work, play, and worship."[36]

---

[32] *See id.*; *see also* Esteban L. Hernandez, *Why Are Latinx Residents in Denver Still Facing Disproportionately Higher COVID-19 Infection and Hospitalization Rates?*, Denverite (Oct. 9, 2020), https://denverite.com/2020/10/09/why-are-latinx-residents-in-denver-still-facing-disproportionately-higher-covid-19-infection-and-hospitalization-rates/.

[33] *Denver COVID-19 Data Summary*, *supra* note 22.

[34] *Stop the Spread of Racism*, Colo. Dep't Health & Environment & Colo. State Emergency Operations Center (Oct. 27, 2020), https://covid19.colorado.gov/get-help/coping-with-covid-19/stop-the-spread-of-racism.

[35] *Health Equity Considerations and Racial and Ethnic Minority Groups*, CDC (July 24, 2020), https://www.cdc.gov/coronavirus/2019-ncov/community/health-equity/race-ethnicity.html (identifying discrimination, healthcare access and utilization, occupational, educational, income, and wealth gaps, and housing conditions as inequities in social determinants of health that put racial and ethnic minority groups at increased risk).

[36] *Id.*

2.  <u>People of color face heightened vulnerability to COVID-19 in every sphere.</u>

Across the country, the incidence of COVID-19 is greater in predominantly non-white

communities.[37] And people today are more susceptible to serious harm from COVID-19 if they

live in neighborhoods where historical discriminatory lending practices limited access to credit

for people of color.[38] Denver admits to being no exception to these rules: in a proclamation

declaring racism a public health crisis, the city acknowledged that the COVID-19 pandemic has

exacerbated long-standing racial disparities in Denver's Black and Latinx communities,

observing that COVID-19 hospitalization rates map onto Denver's infamous "inverted-L," the

geographic axis marking the city's legacy of redlining, decades of disinvestment, and

concentrations of communities of color.[39]

People of color are also more likely to work under circumstances that place them at

elevated COVID-19 vulnerability. Racial and ethnic minority groups are disproportionately

essential workers, whose jobs require them to imperil their own and their families' health every

day.[40] These front-line jobs tend to come with close contact with the public or other workers,

---

[37] *See, e.g.,* Samrachana Adhikari et al., *Assessment of Community-Level Disparities in Coronavirus Disease 2019 (COVID-19) Infections and Deaths in Large US Metropolitan Areas,* JAMA Network Open (July 28, 2020), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2768723.
[38] Jason Richardson et al., Community Reinvestment Coalition, *Redlining and Neighborhood Health* https://ncrc.org/holc-health/.
[39] City & County of Denver Proclamation No. 20-0543: Recognizing Racism as a Public Health Crisis (June 8, 2020), https://denver.legistar.com/LegislationDetail.aspx?ID=4554051&GUID=C21872F7-7339-43C6-AE69-820D99E70740&Options=ID|Text|&Search=; *see also* Jeremy Németh & Sarah Rowen, *Opinion: Is Your Neighborhood Raising Your Risk? Redlining Set Denver Communities Up For More Coronavirus Danger,* Colorado Sun (Aug. 2, 2020), https://coloradosun.com/2020/08/02/valverde-coronavirus-risk-redlining-denver/ (discussing how historical inequities help explain vast differences in Denver neighborhoods' social vulnerability, "the constellation of individual and environmental circumstances that weaken a community's ability to prepare for and respond to crises like this pandemic").
[40] CDC, *Health Equity Considerations*, *supra* note 35 (citing U.S. Bureau of Labor Statistics, Labor Force Characteristics by Race and Ethnicity (2019), https://www.bls.gov/opub/reports/race-and-ethnicity/2018/home.htmexternal icon).

inability to work from home, and lack of paid sick leave.[41] For example, Black workers make up about one in nine workers overall, but one in six of front-line industry workers.[42] Disparate access to education and a persisting wage and wealth gap mean workers of color are also more likely to have lower paying or less stable jobs, limiting their flexibility to seek less risky work or to miss work to avoid contracting or spreading COVID-19.[43] For example, Latinx workers are relatively less likely to get paid sick days, are the least likely group to be able to work from home, and are the most likely group to have lost their job during the COVID-19 recession.[44]

People of color are also disproportionately incarcerated,[45] while overcrowded jails and prisons not only provide ideal conditions for a spreading virus,[46] but also vectors for the pandemic in surrounding communities.[47]

Disparities across our institutions concentrate harm in communities of color.

---

[41] *See* CDC, *Health Equity Considerations*, *supra* note 35.

[42] Elise Gould & Valerie Wilson, Economic Policy Institute, *Black Workers Face Two of the Most Lethal Preexisting Conditions for Coronavirus—Racism and Economic Inequality* (2020), https://www.epi.org/publication/black-workers-covid/ (detailing that Black workers represent 11.9% of the workforce but 26% of all public transit workers; 19.3% of child care and social services workers; 18.2% of trucking, warehouse, and postal service workers; 17.5% of healthcare workers; and 14.2% of grocery, convenience, and drug store workers).

[43] *Id.* (detailing wage, benefits, and wealth gaps among Black and white people and households); Elise Gould et al., Economic Policy Institute, *Latinx Workers—Particularly Women—Face Devastating Job Losses in the COVID-19 Recession* (Aug. 20, 2020), https://www.epi.org/publication/latinx-workers-covid/.

[44] Gould et al., *supra* note 43 (demonstrating that Latina workers in particular are heavily represented in those occupations and industries most affected by COVID-19 shutdowns).

[45] *Criminal Justice Fact Sheet*, NAACP (last visited Nov. 3, 2020), https://naacp.org/criminal-justice-fact-sheet/ (African American and Hispanic people account for 32% of the U.S. population but 56% of the U.S. incarcerated population).

[46] ACLU of Colorado, *COVID-19 Jail Depopulation in Colorado* 5 (2020), https://acluco-wpengine.netdna-ssl.com/wp-content/uploads/2020/10/aclu_decarcerationreport_100720_final.pdf.

[47] ACLU, *COVID-19 Model Finds Nearly 100,000 More Deaths Than Current Estimates* 2 (2020), https://www.aclu.org/report/flattening-curve-why-reducing-jail-populations-key-beating-covid-19 (describing spread of COVID-19 through churn of the jail population and staff); *see also* The Marshall Project, *A State-by-State Look at Coronavirus in Prisons* (Oct. 30, 2020), https://www.themarshallproject.org/2020/05/01/a-state-by-state-look-at-coronavirus-in-prisons (reporting at least 161,349 positive COVID-19 cases in prison, up 5 percent from the previous week).

3.   <u>A COVID-19 diagnosis is particularly dangerous for people of color.</u>

When people of color contract COVID-19, they are at greater risk of serious adverse health outcomes.[48] Compared to their white counterparts, Black adults have higher rates of chronic illnesses associated with greater vulnerability to COVID-19, including asthma, diabetes, hypertension, and obesity; Latinx adults are 80% more likely to have diabetes and 6% more likely to be obese.[49] The leading causes of death among non-Hispanic American Indians/Alaska Natives include heart disease, malignancy, and diabetes mellitus,[50] while American Indian populations have higher prevalence of obesity, diabetes mellitus, and cardiovascular disease than the general United States population, all of which have been linked to greater COVID-19-related morbidity and mortality.[51] Communities of color are also disproportionately proximate to and affected by environmental hazards like air pollution, which research has linked to severe cases of COVID-19 and COVID-19-related deaths.[52]

Magnifying COVID-19's impact in communities of color is disparate access to and utilization of healthcare, including because of a lack of insurance, transportation, childcare, and the ability to take time off work; communication and language barriers and cultural differences

---

[48] *See, e.g.*, Laurens Holmes, Jr., et al., *Black-White Risk Differentials in COVID-19 (SARS-COV2) Transmission, Mortality, and Case Fatality in the United States: Translational Epidemiologic Perspective and Challenges*, 17 Int. J. Environ. Research and Public Health 4322 (2020).
[49] Gould & Wilson, *supra* note 42; Gould et al., *supra* note 43.
[50] Melonie Heron, CDC, *Deaths: Leading Causes for 2017*, 68 National Vital Statistics Reports 6 (2019), https://www.cdc.gov/nchs/data/nvsr/nvsr68/nvsr68_09-508.pdf.
[51] Monika Kakol et al., *Susceptibility of Southwestern American Indian Tribes to Coronavirus Disease 2019 (COVID-19)*, J. Rural Health (2020),
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7264672/#jrh12451-bib-0019.
[52] *See, e.g.*, Wu, X. et al., *Air Pollution and COVID-19 Mortality in the United States: Strengths and Limitations of an Ecological Regression Analysis*, 6 Science Advances 45 (2020), https://projects.iq.harvard.edu/covid-pm (concluding that a small increase in long-term exposure to air pollution leads to a large increase in the COVID-19 death rate); Pozzer et al., *Regional and Global Contributions of Air Pollution to Risk of Death from COVID-19*, Cardiovascular Research (Oct. 26, 2020), https://academic.oup.com/cardiovascres/advance-article/doi/10.1093/cvr/cvaa288/5940460.

between patients and providers; and distrust based on historical inequities and racist practices.[53] Black workers are 60% more likely to be uninsured than white workers,[54] while Latinx workers are more than three times as likely as white workers to be uninsured *while employed*.[55] And almost one-third of American Indians and Alaska Natives under the age of 65 lack health insurance,[56] while the Indian Health Service ("IHS") has been chronically underfunded and many face barriers to accessing IHS providers.[57] Lack of coverage makes people of color less likely to benefit from early diagnosis and treatment.[58]

Historical mistreatment of marginalized groups also means that even those who could access healthcare may understandably choose not to. A national Kaiser Family Foundation survey revealed that almost half of Black adults would not take a coronavirus vaccine even if free and declared safe by scientists, with 40% of such respondents citing safety concerns and 35% general distrust of medical research.[59] Native people's view of the novel coronavirus is darkened by a history of deadly epidemics disproportionately devastating American Indians, including measles, malaria, tuberculosis, typhoid, bubonic plague, and smallpox.[60]

---

[53] CDC, *Health Equity Considerations*, *supra* note 35.

[54] Gould & Wilson, *supra* note 42.

[55] Gould et al., *supra* note 43.

[56] CDC, Nat'l Ctr. for Health Statistics, *Health of American Indian or Alaska Native Population* (2020), https://ftp.cdc.gov/pub/Health_Statistics/NCHS/NHIS/SHS/2018_SHS_Table_P-11.pdf.

[57] Samantha Artiga & Kendal Orgera, *COVID-19 Presents Significant Risks for American Indian and Alaska Native People*, Kaiser Family Foundation (May 14, 2020), https://www.kff.org/coronavirus-covid-19/issue-brief/covid-19-presents-significant-risks-for-american-indian-and-alaska-native-people.

[58] *See* Gould & Wilson, *supra* note 43.

[59] Lonnae O'Neal, *Half of Black Adults Say They Won't Take a Coronavirus Vaccine*, The Undefeated, https://theundefeated.com/features/half-of-black-adults-say-they-wont-take-a-coronavirus-vaccine/ (attributing distrust to "legacy of 'hyperexperimentation on Black bodies,'" including the notorious Tuskegee syphilis experiment and the appropriation of Henrietta Lacks' cells for medical advancement without her consent); *see also Racism, History, and COVID—And How Trust Affects Them All,* Colorado Health Institute (June 5, 2020), https://www.coloradohealthinstitute.org/blog/racism-history-and-covid-and-how-trust-affects-them-al.

[60] *See* Debra Melani, *Dissecting Ethnic Bias of COVID-19 Pandemic*, Univ. of Colo. Anschutz Med. Campus (July 17, 2020), https://news.cuanschutz.edu/news-stories/dissecting-ethnic-bias-of-covid-19-pandemic; Dana Hegpeth et al., *Indian Country, Where Residents Suffer Disproportionately from*

These ubiquitous systemic inequities mean the risk and harm of COVID-19 infection are exacerbated for people of color at every turn. If Defendants are permitted to continue criminalizing homelessness and sweeping encampments during this pandemic, the health and lives of people of color will disproportionately bear the consequences.

## II. COVID 19's Elevated Danger for People of Color Weighs in Favor of Granting Plaintiffs Preliminary Injunctive Relief.

### A. If No Preliminary Injunction Issues, Irreparable Injury Is Likely to Befall People of Color Disproportionately.

The irreparable injury requirement for preliminary injunctive relief is met where "irreparable injury is *likely* in the absence of an injunction," *Winter v. NRDC*, 555 U.S. 7, 22 (2008); *Essien*, 2020 U.S. Dist. LEXIS 72422 at *10–19 (concluding plaintiff met irreparable injury requirement by demonstrating likelihood of exposure to, contraction of, and severe harm from COVID-19). Here, the significant health risks associated with Defendants' practice, against CDC guidance, of sweeping and criminalizing unhoused Denver residents during the COVID-19 pandemic are particularly elevated for people of color. The substantial evidence of the disproportionate representation of people of color among the unhoused, *supra* Part I(A), and their disparate vulnerability to contracting, suffering severe harm from, and dying of COVID-19, *supra* Part I(B), foretell that irreparable injury to communities of color is likely to occur unless this Court grants Plaintiffs preliminary injunctive relief.

It is indisputable that, as this Court has recognized, COVID-19 poses a risk of permanent injury and death. *See Essien*, 2020 U.S. Dist. LEXIS 72422 at *18–19 (observing that COVID-19 can cause death as well as permanent damage to the heart, kidneys, and other organs and

---

*Disease, Is Bracing for Coronavirus*, Washington Post (April 4, 2020),
https://www.washingtonpost.com/climate-environment/2020/04/04/native-american-coronavirus/.

bodily systems); *see also Hernandez v. Grisham*, No. 20-cv-0942, 2020 U.S. Dist. LEXIS 191301, *9, 11 (D. N.M. Oct. 14, 2020). The CDC, the nation's health protection agency and leading authority on the novel coronavirus, has concluded that clearing encampments "increases the potential for infectious disease spread" by "caus[ing] people to disperse throughout the community and break connections with service providers."[61] People of color are already at especially high risk of suffering permanent injury if they contract COVID-19. *See Essien*, 2020 U.S. Dist. LEXIS 72422 at *17–18. Given the overrepresentation of this especially vulnerable population among Denver's already vulnerable unhoused—not to mention that the pandemic is entering its most dire phase as both transmission and hospitalization rates in Colorado climb past previous record levels[62]—preliminary injunctive relief is necessary to prevent imminent, exacerbated risk of loss of Black and Brown lives.

## B.    A Preliminary Injunction Will Protect People of Color and the Public from Unnecessary Harm from COVID-19.

In the weighing of preliminary injunction factors, the balance of hardships and public interest inquiries merge when the party opposing the injunction is the government. *Ortega v. United States Immigration & Customs Enf't*, 2020 U.S. Dist. LEXIS 150675, *25 (N.M. D.C. 2020). Here, far from having interests that weigh against each other, both the public and Plaintiffs—and, in particular, people of color—will be harmed if the court denies the injunction.

First, the public is damaged when our unhoused neighbors and neighbors of color

---

[61] CDC, *Interim Guidance on Unsheltered Homelessness and Coronavirus Disease 2019 (COVID-19) for Homeless Service Providers and Local Officials* (last updated Aug. 6, 2020), https://www.cdc.gov/coronavirus/2019-ncov/community/homeless-shelters/unsheltered-homelessness.html; *see also* Ed Susman, *Homeless Camps Less Risky Than Shelters for COVID-19: Common-Sense Hunch Gets Backing in Study*, MedPage Today (Oct. 27, 2020), https://www.medpagetoday.com/meetingcoverage/idweek/89353.
[62] Jessica Seaman, *Colorado's COVID-19 Hospitalizations Top April Peak as 1 in 100 People in the State are Contagious*, Denver Post (Nov. 5, 2020), https://www.denverpost.com/2020/11/05/colorado-covid-hospitalizations-top-april-peak/.

contract, get sick from, and die of COVID-19. *Cf. Carranza v. Reams*, No. 20-cv-00977, 2020 U.S. Dist. LEXIS 82299 at *34 (D. Colo. 2020) (concluding that "minimizing the exposure of inmates with pre-existing vulnerabilities furthers public health, which is a matter of public interest").

Second, because "no man's health is an island," *id.* (quoting *Banks v. Booth*, 2020 U.S. Dist. LEXIS 68287 at *12 (D.D.C. Apr. 19, 2020)), particularly in the context of a global pandemic, an increase in COVID-19 infections in particular communities implicates the health of the larger public. *See Andrew Wommack Ministries v. Polis*, 2020 U.S. Dist. LEXIS 182503, *8-9 (D. Colo. Sept. 29, 2020) ("The state has the responsibility to mitigate the impact of the COVID-19 virus, which is made more difficult when case numbers increase."). Evidence shows that racial disparities in COVID-19 contraction, hospitalization, and death "amplify the risk of infection for everyone, including those who may have imagined themselves as separate from the people behind the climbing casualty figures."[63] A new model using real-world data to simulate the spread of the virus in a fictional metro area across a 40-day period area concluded that three systems with large racial disparities—policing, jail/prison churn, and essential, low-wage work—accounted for roughly 69 percent of new infections across the entire metro area:

> Because of the racial inequities we have built into our essential systems, they have become combustion engines of misery. The virus flows freely in high-risk areas like holding cells, police encounters, low-wage workplaces, and public transit. The pistons of residential segregation, generational poverty, and targeted disinvestment along racial lines apply pressure. Covid-19 explodes outward.[64]

Further criminalization and sweeping of the unhoused will only fuel these racialized vectors of transmission. Failing to enjoin Defendants' actions will undermine the public health when it is

---

[63] Phillip Atiba Goff et al., *How Racism Amplifies COVID-19 Risk for Everyone*, Vox (Oct. 26, 2020), https://www.vox.com/2020/10/26/21529323/police-covid-19-risk-race-racial-disparities.
[64] *Id.*

already facing a crisis as we head into winter while COVID-19 transmission, hospitalizations, and deaths reach new peaks.[65]

      Finally, public interest in eradicating racial inequity is enshrined in our laws, *see, e.g.*, *Maldonado v. City of Altus*, 433 F.3d 1294, 1303–04 (10th Cir. 2006) (affirming disparate impact theories of liability under federal civil rights law), and, with raised volume, resounds in current public discourse. Ignited by the death of George Floyd, our country and our community are amid a racial reckoning, confronting the deeply rooted inequities of our institutions.[66] Denver's public schools have removed police officers from their campuses[67] and redesigned their K-12 curriculums to be more inclusive of Black, Indigenous, and Latino communities and history.[68] The Colorado General Assembly passed a historic and sweeping law addressing police accountability.[69] And our city and state government have declared racism a public health crisis.[70] By Denver's and Colorado's own proclamation,[71] the public interest weighs in favor of enjoining Defendants' dangerous, inequitable tactics.

---

[65] John Daley, *Colorado's Coronavirus Third Wave Is Here As Hospitalizations Reach New Peak*, Colorado Sun (Nov. 5, 2020), https://www.cpr.org/2020/11/05/colorado-coronavirus-hospitalizations-third-wave/.

[66] Kevin Simpson, *Why Now? The Roots (and Possible Future) of Colorado's Reckoning with Racism Past and Present*, Colorado Sun (June 30, 2020), https://coloradosun.com/2020/06/30/race-colorado-protest-results/.

[67] Dominic Garcia, *DPS Board of Education Votes Unanimously to Remove Denver Police from Schools*, CBS Denver (June 11, 2020), https://denver.cbslocal.com/2020/06/11/school-leaders-parents-debate-police-officers-in-denver-public-schools/.

[68] Lucy Haggard, *Denver School Board Unanimously Backs Curriculum Redesign to Highlight Racially Diverse Narratives*, Colorado Sun (Oct. 22, 2020), https://coloradosun.com/2020/10/22/denver-school-board-curriculum-bipoc-narratives/.

[69] S.B. 217, 72nd Gen. Assemb., Reg. Sess. (Colo. 2020), https://leg.colorado.gov/sites/default/files/2020a_217_signed.pdf.

[70] City & County of Denver Proclamation No. 20-0543, *supra* note 39 (acknowledging it is "the City of Denver's responsibility to address racism" and advocating for "the expansion of documented equity decision-making" and "for racial justice as a core element of Denver's policies, programs and procedures"); Associated Press, *Colorado Will Declare Racism a Public Health Crisis*, Colorado Sun (July 31, 2020), https://coloradosun.com/2020/07/31/colorado-racism-public-health-crisis/.

[71] *See id.*

For all these reasons, the disparate racial harm of sweeping our unhoused neighbors as this pandemic surges supports granting Plaintiffs' motion for preliminary injunction.

November 6, 2020                    Respectfully submitted,

Anna I. Kurtz, #51525
Mark Silverstein, #26979
ACLU Foundation of Colorado
303 E. 17th Avenue, Suite 350
P: (303) 777-5482
F: (303) 777-1773
msilverstein@aclu-co.org
akurtz@aclu-co.org

**ATTORNEYS FOR THE AMERICAN CIVIL LIBERTIES UNION OF COLORADO**

## CERTIFICATE OF SERVICE

I certify that on November 6, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record:

David A. Lane
Darold W. Killmer
Andrew Joseph McNulty
Reid Robert Allison
Killmer Lane & Newman LLP
1543 Champa St., Ste. 400
Denver, CO 80202
dlane@kln-law.com
dkillmer@kln-law.com
amcnulty@kln-law.com
rallison@kln-law.com

Emely Yessiel Garcia
Kathleen Spalding
Stephanie Lindquist Scoville
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
emely.garcia@coag.gov
kit.spalding@coag.gov
stephanie.scoville@coag.gov

Wendy J. Shea
Michele Annette Horn
Conor Daniel Farley
Denver City and County Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
wendy.shea@denvergov.org
michele.horn@denvergov.org
conor.farley@denvergov.org

*s/ Nicole Loy*
Nicole Loy, Paralegal