# COVID-19 in People Experiencing Homelessness in Denver (2020)

Denver Department of Public Health & Environment,
Denver Public Health at Denver Health and Hospital Authority

Data Last Updated:
12/8/2020 9:23:39 AM





# COVID-19 Case Demographics Among People Experiencing Homelessness

| Total Cases in PEH | Total Hospitalized Cases in PEH | Total Deaths in PEH* (where COVID was the cause of death) | Total Deaths in PEH (including deaths among COVID cases**) |
|---|---|---|---|
| 755 | 219 | 8 | 16 |



Daily COVID-19 Cases in PEH



COVID Cases in PEH by Sex



COVID Cases in PEH by Age Group



COVID Cases in PEH by Race



COVID Cases in PEH by Ethnicity

### Take Aways

- Cases in PEH are a relatively low proportion (2%) of all COVID-19 cases.

**Data Notes:**
Data Sources: Denver Health and Hospital Authority RedCap database; Denver Office of the Medical Examiner (OME)
*Count of deaths in PEH comes from OME while case and hospitalization counts come from Denver Health. Total deaths include only deaths where COVID-19 was the cause of death.
**Cases among COVID patients indicates patients who died of another cause but were positive for COVID-19 at the time of death.

Data Last Updated:
12/8/2020 9:23:39 AM

# COVID-19 Hospitalizations Among PEH Compared to the General Population



| Percent of Cases in PEH (out of all COVID19 cases) | Percent of cases in PEH that have been hospitalized (out of all cases in PEH) | Percent of cases not in PEH that have been hospitalized (out of all cases in people not experiencing homelessness) |
|---|---|---|
| 2% | 29% | 10% |

**Take Aways**

- Out of all COVID19 cases, 2% are in the population experiencing homelessness.

- Out of all cases in PEH, 29% have been hospitalized, compared with 10% of cases hospitalized in the general population.

*Data Source: Denver Health and Hospital Authority RedCap database*

Data Last Updated: 12/8/2020 9:23:39 AM

# COVID-19 Deaths Among PEH Compared to the General Population

| Percent of Cases in PEH (out of all COVID19 cases) | Percent of cases in PEH that have resulted in death (out of all cases in PEH; including deaths among COVID patients**) | Percent of cases not in PEH that have resulted in death (out of all cases in people not experiencing homelessness) |
|---|---|---|
| 2% | 2% | 2% |



**Take Aways**

- Out of all COVID19 cases, 2% are in the population experiencing homelessness.

- Out of all cases in PEH, 2% have resulted in death where COVID-19 was the cause of death, compared with 2% of cases resulting in death in the general population.

*Data Source: Denver Health and Hospital Authority RedCap database*
*\*\*Cases among COVID patients indicates patients who died of another cause but were positive for COVID-19 at the time of death*

Data Last Updated:
12/8/2020 9:23:39 AM

DENVER_000243

# Community Testing in People Experiencing Homelessness

*Note, this summary includes testing done by DDPHE and CCH*

| Total PEH Tested | Total Tested - CCH | Total Tested - DDPHE |
|---|---|---|
| 5377 | 2319 | 3058 |

| Total PEH Positive | Total Positive - CCH | Total Positive - DDPHE |
|---|---|---|
| 413 | 298 | 115 |

| Total PEH Symptomatic | Total Symptomatic - CCH | Total Symptomatic - DDPHE |
|---|---|---|
| 2356 | 2319 | 37 |

| Total PEH Symptomatic Positive | Total Symptomatic Positive - CCH | Total Symptomatic Positive - DDPHE* |
|---|---|---|
| 299 | 298 | 1 |



**High Risk**

| No | Yes |
|---|---|

**Total PEH Identified with a High Risk Condition**

**1289**



Daily Tests Collected (all testing entities)

**Data Notes**
- Not all testing entities collect the same information. When using the High Risk filter, any box that shows as blank indicates that either no high risk conditions were identified, or that entity does collect risk information.
- *If the DDPHE symptomatic positive box is blank, that indicates the only symptomatic patients from DDPHE testing events were shelter staff.
- These summary numbers do not include shelter staff or cases where the staff/client variable was not collected.

Data Last Updated:
12/8/2020 9:23:39 AM

DENVER_000244

# Testing Demographics in People Experiencing Homelessness

*Note, this summary includes testing done by DDPHE and CCH*







Total PEH Tested: **5377**











**Data Notes**
- Not all testing entities collect the same information. CCH is the only organization that collects sexual orientation, so other entities are not shown on that chart.
- These summary numbers do not include shelter staff.
- These summary numbers include all PEH tested. Use the filters at the top to show demographics by results, by whether or not patients have a high risk condition, and/or by testing entity.
- AIAN stands for American Indian/Alaskan Native; NHPI stands for Native Hawaiian/Pacific Islander
- Note, percentages are based on all data in a chart. The denominator, and thus the percentage, will change depending on which filters you have on and how many testing entities you are looking at.

Data Last Updated: 12/8/2020 9:23:39 AM

# Test Results by Demographic Categories in People Experiencing Homelessness

*Note, this summary includes testing done by DDPHE and CCH*

**Select any filter or combination to filter total boxes to the right (note, tables below will not filter based on selection).**

| Gender ▾ | AgeGroup ▾ | Race ▾ | Ethnicity ▾ |

| Total Tested | Total Positive | Total Not Detected |
|---|---|---|
| 5377 | 413 | 4856 |

## Test Results by Gender Identity

| Test Result | Female | Male | Total |
|---|---|---|---|
| Test Pending | 0.17% | 0.37% | **0.54%** |
| Positive | 1.73% | 5.95% | **7.68%** |
| Other | 0.26% | 1.06% | **1.32%** |
| not tested | 0.04% | 0.02% | **0.06%** |
| Not Detected | 29.63% | 60.68% | **90.31%** |
| Inconclusive | 0.04% | 0.06% | **0.09%** |

## Test Results by Age Group

| Test Result | 12 and under | 13-18 | 19-25 | 26-45 | 46-55 | 56-65 | 66-75 | 76-85 | 97+ | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Test Pending | | | 0.02% | 0.06% | 0.09% | 0.17% | 0.15% | 0.06% | | **0.54%** |
| Positive | | 0.09% | 0.13% | 0.58% | 2.45% | 1.93% | 1.75% | 0.63% | 0.06% | 0.06% | **7.68%** |
| Other | | 0.04% | 0.04% | 0.07% | 0.39% | 0.35% | 0.37% | 0.06% | | **1.32%** |
| not tested | | | | | | 0.02% | 0.04% | | | **0.06%** |
| Not Detected | 0.20% | 3.44% | 1.92% | 6.14% | 29.42% | 21.54% | 19.96% | 5.67% | 0.58% | 1.45% | **90.31%** |
| Inconclusive | | | | | 0.02% | 0.02% | 0.04% | 0.02% | | **0.09%** |

## Test Results by Ethnicity

| Test Result | Hispanic/Latino | Not Hispanic/Latino | Unknown | Total |
|---|---|---|---|---|
| Test Pending | | | 0.54% | **0.54%** |
| Positive | 0.60% | 1.08% | 6.01% | **7.68%** |
| Other | 0.45% | 0.46% | 0.41% | **1.32%** |
| not tested | | | 0.06% | **0.06%** |
| Not Detected | 11.51% | 32.43% | 46.36% | **90.31%** |
| Inconclusive | | | 0.09% | **0.09%** |

## Test Results by Race

| Test Result | AIAN | Asian | Black | NHPI | Other | Unknown | White | Total |
|---|---|---|---|---|---|---|---|---|
| Test Pending | 0.11% | 0.02% | 0.09% | | | 0.15% | 0.17% | **0.54%** |
| Positive | 0.56% | 0.15% | 1.39% | 0.07% | 0.41% | 1.41% | 3.68% | **7.68%** |
| Other | 0.07% | 0.02% | 0.32% | | 0.09% | 0.22% | 0.60% | **1.32%** |
| not tested | | | | | | 0.04% | 0.02% | **0.06%** |
| Not Detected | 5.30% | 0.60% | 19.47% | 0.43% | 7.68% | 10.90% | 45.94% | **90.31%** |
| Inconclusive | | | 0.02% | | | 0.04% | 0.04% | **0.09%** |

Tables display test results by each demographic category. For positivity rates, look at the Positive row in the Test Result column and look at the percentage in the demographic column of interest.

Data Last Updated:
12/8/2020 9:23:39 AM