IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02985-WJM-SKC

DENVER HOMELESS OUT LOUD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DENVER, COLORADO, *et al.*

Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

In connection with its brief *amicus curiae* (Doc. #76) supporting Plaintiffs' motion for preliminary injunction (Doc. # 47), the ACLU of Colorado respectfully submits notice of the attached supplemental authority released last week by the Centers for Disease Control and Prevention: Podewils et al., *Disproportionate Incidence of COVID-19 Infection, Hospitalizations, and Deaths Among Persons Identifying as Hispanic or Latino—Denver, Colorado March—October 2020*, 69 Morbidity & Mortality Wkly Rep. 48, 1812–16 (Dec. 4, 2020). The report concludes that during the first six months of the epidemic in Denver, the proportions of COVID-19 cases, hospitalizations, and deaths among Hispanic adults were more than double the proportion of Hispanic adults in the Denver community, *id.* at 1814, adding to the comfortless mass of evidence that the grave consequences of increased spread of the virus in Denver will ripple disproportionately through our communities of color.

December 9, 2020                               Respectfully submitted,

*/s/ Anna I. Kurtz*

Anna I. Kurtz
Mark Silverstein
ACLU Foundation of Colorado
303 E. 17th Avenue, Suite 350
P: (303) 777-5482
F: (303) 777-1773
msilverstein@aclu-co.org
akurtz@aclu-co.org

**ATTORNEYS FOR THE AMERICAN CIVIL LIBERTIES UNION OF COLORADO**

2

## CERTIFICATE OF SERVICE

      I certify that on December 9, 2020, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record:

David A. Lane
Darold W. Killmer
Andrew Joseph McNulty
Reid Robert Allison
Killmer Lane & Newman LLP
1543 Champa St., Ste. 400
Denver, CO 80202
dlane@kln-law.com
dkillmer@kln-law.com
amcnulty@kln-law.com
rallison@kln-law.com

Emely Yessiel Garcia
Kathleen Spalding
Stephanie Lindquist Scoville
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
emely.garcia@coag.gov
kit.spalding@coag.gov
stephanie.scoville@coag.gov

Wendy J. Shea
Michele Annette Horn
Conor Daniel Farley
Denver City and County Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
wendy.shea@denvergov.org
michele.horn@denvergov.org
conor.farley@denvergov.org

                                          *s/ Nicole Loy*
                                          Nicole Loy, Paralegal