# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Case No.: 20-cv-2985                                    Date: December 15, 2020

Case Title: Denver Homeless Out Loud v. City and County of Denver; *et al.*

## DEFENDANTS' FINAL WITNESS LIST
(Plaintiff / Defendant)

| WITNESS & DATE | Direct | Cross | Total |
|---|---|---|---|
| Charlotte Pitt – will call | 0.75 | .5 / 0.1 | 1.35 |
| Eliza Hunholz – will call | 0.75 | .5 / 0.1 | 1.35 |
| Danica Lee – will call | 0.75 | .5 / 0.25 | 1.5 |
| Dr. Bill Burman – will call | .6 | .75 / 0.1 | 1.45 |
| Sgt. Brian Conover – will call | 0.75 | .4 / 0.1 | 1.25 |
| Chris Conner – will call | 0.5 | .5 / 0.1 | 1.1 |
|  |  |  |  |
| Major Steve Garcia – will call | 0.5 | 0.25 / 0.1 | .85 |
| Richard Lee – will call | 0.5 | 0.25 / 0.1 | .85 |
|  |  |  |  |
| Marty Green – may call | 0.3 | 0.1 / 0.1 | 0.5 |
| Any witnesses necessary for impeachment or rebuttal |  |  |  |