# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. <u>2020cv02985</u>     PLAINTIFF'S LIST: ☐     DEFENDANT'S LIST: ☒     THIRD PTY DEFTS. LIST: ☐

CASE CAPTION <u>Denver Homeless Out Loud</u> vs. <u>City and County of Denver, et al.</u>   DATE <u>December 15 and 16, 2020</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | Grace Marx Email | | | | | | | |
| B | | Photos of garbage at site | | | | | | | |
| C | | Photos of Posted Temporary Area Restrictions | | | | | | | |
| D | | Photos of trash, drug paraphernalia and blood at Lincoln Park | | | | | | | |
| E | | Photos of trash, drug paraphernalia and blood at Morey | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| F | | Photo of posted Temporary Area Restriction notice | | | | | | | |
| G | | Video Exhibit 1 - Excerpt of Sergeant Brian Conover's June 17, 2020 Body Worn Camera ("BWC"), recorded near 22nd and Champa Streets | | | | | | | |
| H | | Video Exhibit 2 - Excerpt of Sergeant Brian Conover's June 17, 2020 BWC, recorded near 22nd and Champa Streets | | | | | | | |
| I | | Video Exhibit 3 - Excerpt of Sergeant Brian Conover's June 17, 2020 BWC, | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | recorded near 22nd and Champa Streets |  |  |  |  |  |  |  |
| J |  | Video Exhibit 4 - Excerpt of Sergeant Brian Conover's June 17, 2020 BWC, recorded near 22nd and Champa Streets |  |  |  |  |  |  |  |
| K |  | Video Exhibit 5 - Excerpt of Sergeant Brian Conover's June 17, 2020 BWC, recorded near 22nd and Champa Streets |  |  |  |  |  |  |  |
| L |  | Video Exhibit 6 - Excerpt of Sergeant Brian Conover's July 29, 2020 BWC, recorded in or |  |  |  |  |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | around Lincoln Park |  |  |  |  |  |  |  |
| M |  | Video Exhibit 7 - Excerpt of Officer Darren Ulrich's July 29, 2020 BWC, recorded in or around Lincoln Park |  |  |  |  |  |  |  |
| N |  | Video Exhibit 8 - Excerpt of Officer Darren Ulrich's July 29, 2020 BWC, recorded in or around Lincoln Park |  |  |  |  |  |  |  |
| O |  | Video Exhibit 9 - Excerpt of Officer Toby Wilson's July 29, 2020 BWC, recorded in or around Lincoln Park |  |  |  |  |  |  |  |
| P |  | Video Exhibit 10 - Excerpt of Officer Toby Wilson's July |  |  |  |  |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | 29, 2020 BWC, recorded in or around Lincoln Park |  |  |  |  |  |  |  |
| Q |  | Video Exhibit 11 - Phone camera video document-ing the conditions in Lincoln Park on September 27, 2020 |  |  |  |  |  |  |  |
| R |  | Video Exhibit 12 - Phone camera video document-ing the conditions in Lincoln Park on September 27, 2020 |  |  |  |  |  |  |  |
| S |  | Video Exhibit 13 - Excerpt of Officer Toby Wilson's August 5, 2020 BWC, recorded near Morey Middle School |  |  |  |  |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| T | | Video Exhibit 14 - Excerpt of Officer Toby Wilson's August 5, 2020 BWC, recorded near Morey Middle School | | | | | | | |
| U | | Video Exhibit 15 - Excerpt of Officer Toby Wilson's August 5, 2020 BWC, recorded near Morey Middle School | | | | | | | |
| V | | Photo of sharps collected in Lincoln Park, July 21, 2020 | | | | | | | |
| W | | Parks Incident Report, July 17, 2020 | | | | | | | |
| X | | Area Restriction notice, Lincoln Park | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Y | | Denver County Point-in-Time Count 2020 | | | | | | | |
| Z | | Homeless Management Information System (HMIS) data, October 1, 2019 - October 1, 2020 | | | | | | | |
| A1 | | Denver Public Health Outreach Testing Among People Experiencing Homelessness (updated December 7, 2020) | | | | | | | |
| A2 | | Communicable Diseases Affecting People Experiencing Homelessness: Week of December 6, 2020 | | | | | | | |
| A3 | | Deaths in the Population Experiencing | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Homelessness in Denver (2019-2020) (updated December 7, 2020) |  |  |  |  |  |  |  |
| A4 |  | CORRECTED: COVID-19 in People Experiencing Homelessness in Denver (updated December 8, 2020, with correction on slide #3) |  |  |  |  |  |  |  |
| A5 |  | Denver Public Health Outreach Testing: Community Testing Events (updated December 7, 2020) |  |  |  |  |  |  |  |
| A6 |  | Document 84-22 Request for Proposal |  |  |  |  |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A7 |  | BWC video of Officer Martinez at Lincoln Park |  |  |  |  |  |  |  |
| A8 |  | BWC video of Officer Martinez at Lincoln Park |  |  |  |  |  |  |  |
| A9 |  | CV of William J. Burman, M.D. |  |  |  |  |  |  |  |
| A10 |  | BWC video of Officer Udland at South Platte, Sept. 15, 2020 |  |  |  |  |  |  |  |
| A11 |  | Lincoln Memorial Ops Plan, July 29 2020 |  |  |  |  |  |  |  |
| A12 |  | Photo of tents at Lincoln Park |  |  |  |  |  |  |  |
| A13 |  | Photo of tents at Lincoln Park |  |  |  |  |  |  |  |
| A14 |  | Restroom and Hand Washing Map |  |  |  |  |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A15 | | BWC video of Sgt. Conover at Lincoln Park | | | | | | | |
| | | Any exhibit necessary for impeachment or rebuttal | | | | | | | |
| | | | | | | | | | |