IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: January 11, 2021
Deputy Clerk: Anna Frank
Court Reporter: Mary George

| | |
|---|---|
| Civil Action No. 20-cv-2985-WJM-SKC | Counsel: |
| DENVER HOMELESS OUT LOUD, | Andrew McNulty |
| CHARLES DAVIS, | |
| MICHAEL LAMB, | |
| SHARRON MEITZEN, | |
| RICK MEITZEN, JR., | |
| TOMASA DOGTRAIL, | |
| STEVE OLSEN, | |
| GREGORY COSTIGAN, | |
| SEAN MARTINEZ, | |
| LISA MASARO, and | |
| NATHANIEL WARNER, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| DENVER, COLORADO, | Wendy Shea |
| MIKE CODY, | Geoffrey Klingsporn |
| MAYOR MICHAEL HANCOCK, | Conor Farley |
| GOVERNOR JARED POLIS, in his individual and official capacities, | Stephanie Scoville |
| BOB MCDONALD, | Kathleen Spalding |
| MURPHY ROBINSON, in his individual and official capacities, | |
| KRISTIN BRONSON, in her individual and official capacities, | |
| LIEUTENANT M. CODY, | |
| SERGEANT A. MARTINEZ, | |
| SERGEANT B. CONOVER, | |
| CORPORAL M. MOORE, | |
| OFFICER T. PHUVHAPAISALKIJ, | |
| OFFICER R. MONTHATHONG, | |
| OFFICER C. RANDALL, | |
| OFFICER D. HUNTER, | |
| OFFICER T. WILSON, | |

OFFICER J. UDLAND,
OFFICER D. MARTINEZ,
OFFICER J. HARVEY,
OFFICER D. ULRICH,
OFFICER M. LUTKIN,
CORPORAL GASPAROVIC,
TROOPER J. BURT,
TROOPER J. DIRNBERGER,
TROOPER D. WEIL,
TROOPER W. CALDWELL,
TROOPER K. RAE,
TROOPER C. DAUGHERTY,
TROOPER V. SARGENTI,
TROOPER D. DINKEL,
TROOPER D. KLINE,
TROOPER G. DAVEY,
TROOPER J. HARRINGTON,
TROOPER C. GONZALES,
TROOPER R. SANCHEZ,
TROOPER P. WILLIAMS,
TROOPER J. CLEVELAND,
TROOPER C. CRENSHAW,
TROOPER R. VOSS,
TROOPER U. CHEEMA,
TROOPER N. HARDY,
TROOPER G. KEELING,
TROOPER H. PRATT,
TROOPER N. TRUJILLO,
TROOPER T. SIMCOX,
TROOPER S. MCCALL,
TROOPER H. JEWETT,
TROOPER B. NOVY,
TROOPER K ROSS,
TROOPER A. BARKLEY,
TROOPER B. LARREAU,
TROOPER T. MAJOR,
TROOPER J. STRICKLAND,
TROOPER HOOD,
JOHN & JANES BOES 1-75,
JOHN & JANES DOES 1-75,
JOHN & JANES FOES 1-75,
JOHN & JANES JOES 1-75,
JOHN & JANES LOES 1-75,
JOHN & JANES MOES 1-75, and
ENVIRONMENTAL HAZMAT SERVICES, Timothy Gablehouse

Defendants.

## COURTROOM MINUTES

**PRELIMINARY INJUNCTION HEARING – DAY 3**

**9:08 a.m.    Court in session.**

Appearances of counsel. Mr. Gablehouse is appearing telephonically.

**ORDERED:** Defendants' joint objection regarding Plaintiffs' rebuttal witness is sustained.

**9:21 a.m.    Court in recess.**
**9:30 a.m.    Court in session.**

9:31 a.m.    Denver Defendants' witness Ms. Eliza Hunholz is called and sworn.

Direct examination of Ms. Hunholz by Mr. Klingsporn.

Defendants' Exhibits W and A21 are admitted into evidence.

The Court asks questions of Ms. Hunholz.

Cross-examination of Ms. Hunholz by Mr. McNulty.

Defendants' Exhibit A13 is admitted into evidence.

Redirect examination of Ms. Hunholz by Mr. Klingsporn.

Redirect examination of Ms. Hunholz by Ms. Spalding.

The Court asks questions of Ms. Hunholz.

Ms. Hunholz is excused.

**11:05 a.m.    Court in recess.**
**11:20 a.m.    Court in session.**

11:21 a.m.    Denver Defendants' witness Sergeant Conover is called and sworn.

Direct examination of Sergeant Conover by Mr. Farley.

Defendants' Exhibits A20, C, L, O, P, M, E, U, A16, A17, A18, and A19 are admitted into evidence.

The Court asks questions of Sergeant Conover.

**12:32 p.m.    Court in recess.**
**1:42 p.m.     Court in session.**

Cross-examination of Sergeant Conover by Mr. McNulty.

Redirect examination of Sergeant Conover by Mr. Farley.

Sergeant Conover is excused.

Denver Defendants rest.

2:10 p.m.    Governor Polis's witness Major Steve Garcia is called and sworn.

Direct examination of Major Garcia by Ms. Scoville.

Defendants' Exhibit A12 is admitted into evidence.

Cross-examination of Major Garcia by Mr. McNulty.

Redirect examination of Major Garcia by Ms. Scoville.

Major Garcia is excused.

Governor Polis rests.

2:51 p.m.    Plaintiffs' rebuttal witness Mr. Marcos Sepulveda is called and sworn.

Direct examination of Mr. Sepulveda by Mr. McNulty.

Cross-examination of Mr. Sepulveda by Ms. Scoville.

Cross-examination of Mr. Sepulveda by Mr. Klingsporn.

Redirect examination of Mr. Sepulveda by Mr. McNulty.

Mr. Sepulveda is excused.

3:10 p.m.    Plaintiffs' rebuttal witness Ms. Tiley English is called and sworn.

Direct examination of Ms. English by Mr. McNulty.

Cross-examination of Ms. English by Mr. Farley.

Redirect examination of Ms. English by Mr. McNulty.

Ms. English is excused.

Plaintiff rests.

**3:26 p.m.     Court in recess.**
**3:41 p.m.     Court in session.**

Governor Polis objects to closing the evidence and would like to respond to the testimony regarding the CDOT sweep, as stated on the record.

**ORDERED:**  Governor Polis's oral motion to keep the evidence open is taken under advisement.

3:45 p.m.     Closing argument on behalf of Plaintiffs by Mr. McNulty.

3:56 p.m.     Closing argument on behalf of the Denver Defendants by Ms. Shea.

4:06 p.m.     Closing argument on behalf of Governor Polis by Ms. Spalding.

The Court asks questions of the parties.

**ORDERED:**  Plaintiffs' Motion for Preliminary Injunction and Expedited Hearing [ECF 47] is taken under advisement.

**5:03 p.m.     Court in recess.**

Total time in court: 6:06

*Clerk's note:  All original exhibits were returned to counsel at the conclusion of the hearing.  Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.*