# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. <u>2020cv02985</u>    PLAINTIFF'S LIST: ☐    DEFENDANT'S LIST: ☒    THIRD PTY DEFTS. LIST: ☐

CASE CAPTION <u>Denver Homeless Out Loud</u> vs. <u>City and County of Denver, et al.</u>   DATE <u>December 15 and 16, 2020</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | Grace Marx Email | X | X | X | 12/16 | | | |
| B | | Photos of garbage at site | | | X | 12/16 | | | |
| C | | Photos of Posted Temporary Area Restrictions | | | | 1/11 | | | |
| D | | Photos of trash, drug paraphernalia and blood at Lincoln Park | | | X | 12/16 | | | |
| E | | Photos of trash, drug paraphernalia and blood at Morey | | | | 1/11 | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| F | | Photo of posted Temporary Area Restriction notice | | | X | 12/16 | | | |
| G | | Video Exhibit 1 - Excerpt of Sergeant Brian Conover's June 17, 2020 Body Worn Camera ("BWC"), recorded near 22nd and Champa Streets | X | | | | | | |
| H | | Video Exhibit 2 - Excerpt of Sergeant Brian Conover's June 17, 2020 BWC, recorded near 22nd and Champa Streets | X | | X | 12/16 | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| I | | Video Exhibit 3 - Excerpt of Sergeant Brian Conover's June 17, 2020 BWC, recorded near 22nd and Champa Streets | X | | X | 12/16 | | | |
| J | | Video Exhibit 4 - Excerpt of Sergeant Brian Conover's June 17, 2020 BWC, recorded near 22nd and Champa Streets | X | | X | 12/16 | | | |
| K | | Video Exhibit 5 - Excerpt of Sergeant Brian Conover's June 17, 2020 BWC, recorded near 22nd and Champa Streets | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| L | | Video Exhibit 6 - Excerpt of Sergeant Brian Conover's July 29, 2020 BWC, recorded in or around Lincoln Park | X | | | 1/11 | | | |
| M | | Video Exhibit 7 - Excerpt of Officer Darren Ulrich's July 29, 2020 BWC, recorded in or around Lincoln Park | X | | | 1/11 | | | |
| N | | Video Exhibit 8 - Excerpt of Officer Darren Ulrich's July 29, 2020 BWC, recorded in or around Lincoln Park | X | | X | 12/16 | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| O | | Video Exhibit 9 - Excerpt of Officer Toby Wilson's July 29, 2020 BWC, recorded in or around Lincoln Park | X | | | 1/11 | | | |
| P | | Video Exhibit 10 - Excerpt of Officer Toby Wilson's July 29, 2020 BWC, recorded in or around Lincoln Park | X | | | 1/11 | | | |
| Q | | Video Exhibit 11 - Phone camera video document-ing the conditions in Lincoln Park on July 29, 2020 | | | X | 12/16 | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| R | | Video Exhibit 12 - Phone camera video documenting the conditions in Lincoln Park on July 29, 2020 | | | X | 12/16 | | | |
| S | | Video Exhibit 13 - Excerpt of Officer Toby Wilson's August 5, 2020 BWC, recorded near Morey Middle School | X | | X | 12/16 | | | |
| T | | Video Exhibit 14 - Excerpt of Officer Toby Wilson's August 5, 2020 BWC, recorded near Morey Middle School | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| U | | Video Exhibit 15 - Excerpt of Officer Toby Wilson's August 5, 2020 BWC, recorded near Morey Middle School | X | | | 1/11 | | | |
| V | | Photo of sharps collected in Lincoln Park, July 21, 2020 | | | | | | | |
| W | | Parks Incident Report, July 17, 2020 | X | | | 1/11 | | | |
| X | | Area Restriction notice, Lincoln Park | X | X | | 12/16 | | | |
| Y | | Denver County Point-in-Time Count 2020 | X | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Z | | Homeless Management Information System (HMIS) data, October 1, 2019 - October 1, 2020 | X | X | | | | | |
| A1 | | Denver Public Health Outreach Testing Among People Experiencing Homelessness (updated December 7, 2020) | X | | | | | | |
| A2 | | Communicable Diseases Affecting People Experiencing Homelessness: Week of December 6, 2020 | X | X | | 12/16 | | | |
| A3 | | Deaths in the Population Experiencing Homelessness in Denver (2019-2020) (updated December 7, 2020) | X | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A4 | | CORRECTED: COVID-19 in People Experiencing Homelessness in Denver (updated December 8, 2020, with correction on slide #3) | X | X | | 12/16 | | | |
| A5 | | Denver Public Health Outreach Testing: Community Testing Events (updated December 7, 2020) | X | | X | 12/16 | | | |
| A6 | | Document 84-22 Request for Proposal | X | | | | | | |
| A7 | | BWC video of Officer Martinez at Lincoln Park | X | | | | | | |
| A8 | | BWC video of Officer Martinez at Lincoln Park | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A9 | | CV of William J. Burman, M.D. | X | | X | 12/16 | | | |
| A10 | | BWC video of Officer Udland at South Platte, Sept. 15, 2020 | X | | X | 12/16 | | | |
| A11 | | Lincoln Memorial Ops Plan, July 29 2020 | X | X | X | 12/16 | | | |
| A12 | | Photo of tents at Lincoln Park | | | | 1/11 | | | |
| A13 | | Photo of tents at Lincoln Park | | | | 1/11 | | | |
| A14 | | Restroom and Hand Washing Map | X | | X | 12/16 | | | |
| A15 | | BWC video of Sgt. Conover at Lincoln Park | X | | | | | | |
| A16 | | Excerpt of Officer Toby Wilson's August 19, 2020 BWC, recorded | | | | 1/11 | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  | around 29th and Glenarm |  |  |  |  |  |  |  |
| A17 |  | Excerpt of Officer Toby Wilson's August 19, 2020 BWC, recorded around 29th and Glenarm |  |  |  | 1/11 |  |  |  |
| A18 |  | Excerpt of Officer Toby Wilson's August 19, 2020 BWC, recorded around 29th and Glenarm |  |  |  | 1/11 |  |  |  |
| A19 |  | Screengrab from Officer Jon Udland's August 19, 2020 BWC recorded around 29th and Glenarm |  |  |  | 1/11 |  |  |  |
| A20 |  | Photos of fire damage on January 5, 2021 near 22nd and Champa |  |  |  | 1/11 |  |  |  |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A21 | | Photos of S. Platte conditions taken on September 15 and 16 | | | | 1/11 | | | |
| | | Any exhibit necessary for impeachment or rebuttal | | | | | | | |