# FINAL LIST OF PROPOSED EXHIBITS

CASE NO.   1:20-cv-2985-WJM-SKC         PLAINTIFF'S LIST: X     DEFENDANT'S LIST: ☐     THIRD PTY DEFTS. LIST: ☐

CASE CAPTION *Denver Homeless Out Loud, et al.*  vs.   *Denver, Colorado, et al.*         DATE   12/15/2020

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Alex Binder Declaration | X | | | 12/15 | | | |
| 2 | | Alex Binder Video - July 29, 2020 - Lincoln Park | | X | | 12/15 | | | |
| 3 | | Alex Binder Video - September 29, 2020 - 21st & Blake | | X | | 12/15 | | | |
| 4 | | Jacob Wessley CV | X | | | 12/15 | | | |
| 5 | | Marisa Westbrook CV | X | | | 12/15 | | | |
| 6 | | Expert Declaration Of Marisa Westbrook | X | | | 12/15 | | | |
| 7 | | Rebuttal Expert Declaration Of Marisa Westbrook | X | | | 12/15 | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 8 | | Unhealthy By Design: Public Health Consequences Of Denver's Criminalization Of Homelessness | X | | | | | | Withdrawn |
| 9 | | December 1, 2020 McDonald Public Health Order | | X | | 12/16 | | | |
| 10 | | FAQ – Denver Level Red Public Health Order | | X | | 12/16 | | | |
| 11 | | Colorado Homelessness Guidance During COVID-19 | | | | 12/15 | | | |
| 12 | | Public Health Order 20-36 | | X | | 12/16 | | | |
| 13 | | CDC COVD-19 Guidance On People Experiencing Homelessness | | X | | 12/16 | | | |
| 14 | | CDC COVD-19 Guidance On People Experiencing Homelessness For Local Officials | | X | | 12/16 | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 15 | | HUD COVID-19 Essential Services for Encampments During an Infectious Disease Outbreak | | | | 12/15 | | | |
| 16 | | July 31, 2020 Press Conference | X | | | 12/16 | | | |
| 17 | | CdeBaca Budget Amendment | X | | | 12/15 | | | |
| 18 | | Letter From City Council To Mayor Hancock Re: Temporary Safe Outdoor Spaces | X | | | 12/15 | | | |
| 19 | | Denver Rescue Mission Photo 1 | | | | | | | |
| 20 | | Denver Rescue Mission Photo 2 | | | | | | | |
| 21 | | Denver Rescue Mission Photo 3 | | | | | | | |
| 22 | | National Western Complex Photo 1 | | | | | | | |
| 23 | | National Western Complex Photo 2 | | | | | | | |
| 24 | | National Western Complex Photo 3 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 25 | | Dr. Kathleen Van Voorhis CV | X | | | | | | |
| 26 | | Safe Outdoor Space White Paper | | | | 12/15 | | | |
| 27 | | Dr. Gregory Whitman Resume | X | | | 12/15 | | | |
| 28 | | Dr. Whitman Expert Declaration | X | | | 12/15 | | | |
| 29 | | The Framework For An Equitable COVID-19 Response | X | | | | | | |
| 30 | | Property Records – Denver 000175-76 | X | | | 12/16 | | | |
| 31 | | Declaration of Terese Howard | X | | | | | | |
| 32 | | Rebuttal Declaration of Terese Howard | X | | | | | | |
| 33 | | November 25, 2020 – DHOL Video | X | | | | | | |
| 34 | | December 1, 2020 – DHOL Video | X | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 35 | | Denver COVID-19 People Experiencing Homelessness Shelter & Encampment Testing – DENVER 000147-49 | | X | | 12/16 | | | |
| 36 | | Dr. Jamie Sorenson CV | X | | | | | | |
| 37 | | All exhibits necessary for impeachment and rebuttal | | | | | | | |