IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02985-WJM-SKC

DENVER HOMELESS OUT LOUD, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*

    Defendants.

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

---

Plaintiffs, by and through counsel Andy McNulty of KILLMER, LANE & NEWMAN, LLP, hereby file this Notice of Supplemental Authority to Plaintiffs' Motion For Preliminary Injunction, [Doc. #47], and state as follows:

*Santa Cruz Homeless Union, et al. v. Martin Bernal, et al.*, Case No. 20-cv-09425-SVK (N.D. Cal. January 20, 2021) (attached as **Exhibit 1**): The Court enjoined encampment sweeps during COVID-19 and, in doing so, held that: (1) the sweeps violated Plaintiffs' Fourteenth Amendment substantive due process rights under the danger creation theory, *id.,* pp. 9-11; (2) the CDC's guidelines are "clear and direct, stating that, as here, where there is no alternative housing available, leave the encampments to remain where they are to prevent the potential for infectious disease spread" and "instructive in evaluating the risk and danger when analyzing the factors for a preliminary injunction[,]" *id.,* p. 9; (3) Plaintiffs demonstrated irreparable harm by showing "the likelihood of being placed in a position of danger in violation of their substantive due process rights during the COVID-19 pandemic[,]" *id.,* p. 11; (4) the "City's interest in cleaning

and clearing [the encampments] at this moment in time is outweighed by Plaintiffs' interest in their constitutional rights during what the Court can only hope is the peak of the COVID-19 pandemic[,]" *id.*, p. 13; and (5) the "preliminary injunction, tightly tied to the current phase of the COVID crisis, will benefit public health at large" by "[e]nsuring that the homeless persons have access to shelter and vital services during the COVID-19 pandemic is imperative to help stop the spread of COVID-19 amongst the population impacted by this injunction" and helping "reduce the likelihood that COVID-19 will spread throughout the greater Santa Cruz community, as suggested by the CDC Guidelines." *Id*.

Respectfully submitted this 20th day of January 2021.

KILLMER, LANE & NEWMAN, LLP

*/s/ Andy McNulty*
David A. Lane
Darold W. Killmer
Andy McNulty
Reid Allison
1543 Champa St., Ste. 400
Denver, CO 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dlane@kln-law.com
dkillmer@kln-law.com
amcnulty@kln-law.com
rallison@kln-law.com

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 20, 2021, I electronically filed the **NOTICE OF SUPPLEMENTAL AUTHORITY** with the Clerk of the Court using the CM/ECF system which will send notification to the following counsel.


Kathleen Spalding
Stephanie Lindquist Scoville
Emely Garcia
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Kit.spalding@coag.gov
stephanie.scoville@coag.gov
emely.garcia@coag.gov

Wendy Shea
Michele Horn
Conor Farley
Geoffrey Klingsporn
Director Civil Litigation Section
City and County of Denver
Wendy.shea@denvergov.org
Michele.horn@denvergov.org
Conor.farley@denvergov.org
Geoffrey.klingsporn@denvergov.org

                */s/ Charlotte Bocquin Scull*
                Paralegal