**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-2985-WJM-SKC

DENVER HOMELESS OUT LOUD, *et al.,*

      Plaintiffs,

v.

DENVER, COLORADO, *et al.,*

      Defendants.

---

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR FURTHER EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

---

Defendants City and County of Denver, Hancock, McDonald, Robinson, Bronson, Cody, A. Martinez, Conover, Moore, Phuvhapaisalkij, Monthathong, Randall, Hunter, Wilson, Udland, D. Martinez, Sam, Harvey, Ulich and Lutkin (collectively "Denver Defendants"); Defendant Environmental Hazmat Services, Inc. ("EHS"); and Defendants Governor Jared Polis and Colorado State Patrol Troopers Barkley, Burt, Caldwell, Cheema, Cleveland, Crenshaw, Daugherty, Davey, Dinkel, Dirnberger, Gasparovic, Gonzales, Hardy, Harrington, Jewett, Keeling, Kline, Larreau, Major, McCall, Novy, Pratt, Rae, Ross, Sanchez, Sargenti, Simcox, Strickland, Trujillo, Voss, Weil, and Williams (collectively "State Defendants") respectfully submit this joint motion for further extension of time to respond to Plaintiffs' current Amended Complaint (Doc. #46). As grounds for this motion, the Defendants state:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel certify that they conferred with Plaintiffs' counsel, who states that Plaintiffs do not oppose this motion.

2.      Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certify that this is Denver Defendants' second request; the State Defendants' second request; and EHS's third request for an extension of time to respond to Plaintiffs' Amended Complaint.

3.      Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certify that they are serving their respective Defendants with a copy of this motion.

4.      Plaintiffs commenced this action on October 5, 2020 by filing a Class Action Complaint and Jury Demand (Doc. #1). On October 20, 2020, Plaintiffs filed an Amended Class Action Complaint and Jury Demand (Doc. #46).

5.      Plaintiffs' counsel previously informed counsel for Defendants that Plaintiffs plan to file a second amended complaint that will address, and may cure, some of the issues identified in Defendants' prior motions to dismiss.

6.      On that basis, Defendants requested, and the Court granted, additional time to allow Plaintiffs to further amend their complaint, allow the Denver and State Defendants to avoid re-filing motions to dismiss that may be mooted by this subsequent amendment, and allow additional conferral before any future responsive pleadings. (Docs. ## 133, 136, 140). The deadline for all Defendants to file responsive pleadings is currently January 22, 2021. *Id.*

7.      Upon further conferral, Plaintiffs' counsel has informed Defendants' counsel that while Plaintiffs still intend to file a second amended complaint, it will not be filed before

Defendants' January 22 deadline to file responsive pleadings. Plaintiffs plan to file their second amended complaint by January 29, 2021.

8.      Good cause exists for Defendants' requested extension. To allow Plaintiffs enough time to amend their complaint, to avoid unnecessary pleadings likely to be mooted by those amendments, and to avoid any further need to extend this deadline, Defendants respectfully request an extension of the responsive-pleading deadline to February 19, 2021.

9.      Plaintiffs do not oppose the relief sought in this motion, and no party will be prejudiced by the relief sought by Defendants.

WHEREFORE, Defendants respectfully request that the Court grant this motion and allow Defendants up to and including February 19, 2021 to respond to Plaintiffs' Amended Complaint and Jury Demand (Doc. #46).

Respectfully submitted this 21st day of January 2021.

*s/ Geoffrey C. Klingsporn*
Wendy J. Shea, Assistant City Attorney
Conor D. Farley, Assistant City Attorney
Geoffrey C. Klingsporn, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 W. Colfax Avenue, Dept. 1108
Denver, CO 80202-5332
Telephone: (720) 913-3112
Email: wendy.shea@denvergov.org
Email: conor.farley@denvergov.org
Email: geoffrey.klingsporn@denvergov.org
*Attorneys for Denver Defendants*

*s/ Melanie J. Granberg*
Timothy R. Gablehouse
Melanie J. Granberg
Evan C. Singleton
Ashley L. Zurkan
Gablehouse Granberg, LLC
410 17th St., Suite 275
Denver, CO 80237
Telephone: (303) 572-0050
Email: tgablehouse@gcgllc.com
Email: mgranberg@gcgllc.com
Email: esingleton@gcgllc.com
Email: azurkan@gcgllc.com
*Attorneys for Environmental Hazmat Services, Inc.*

*s/  Emely Garcia*
Stephanie Lindquist Scoville
First Assistant Attorney General
Kathleen Spalding
Senior Assistant Attorney General
Emely Garcia
Attorney General Fellow
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 720-508-6000
Email: Stephanie.scoville@coag.gov;
          Kit.spalding@coag.gov;
          Emely.garcia@coag.gov
*Attorneys for State Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of January 2021, I filed the foregoing **DEFENDANTS' UNOPPOSED JOINT MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David A. Lane, Esq. (dlane@kln-law.com)
Darold W. Killmer, Esq. (dkillmer@kln-law.com)
Andy McNulty, Esq. (amcnulty@kln-law.com)
Reid Allison, Esq. (rallison@kln-law.com)

In compliance with WJM Revised Practice Standard II.D.2.b, the undersigned also certifies that the following individuals have received service via email as parties or on behalf of parties that are not a natural person:

Mayor Michael Hancock
Bob McDonald
Murphy Robinson
Kristin Bronson
Lieutenant Mike Cody
Sergeant Anthony Martinez
Sergeant Brian Conover
Corporal Mark Moore
Officer Thanarat Phuvhapaisalkij
Officer Rop Monthathong

Officer Chris Randall
Officer David Hunter
Officer Toby Wilson
Officer Jon Udland
Officer David Martinez
Officer Wallace Sam
Officer James Harvey
Officers Darren Ulrich
Officer Mallory Lutkin
City and County of Denver, c/o Alan Salazar, Chief of Staff, Mayor's Office

*s/ Philip Jett*
Denver City Attorney's Office

In compliance with WJM Revised Practice Standard II.D.2.b, the undersigned also certifies that the following individuals have received service via email as parties or on behalf of parties that are not a natural person:

Martin Green for Environmental Hazmat Services, Inc.

*s/ Melanie J. Granberg*
Gablehouse Granberg, LLC

In compliance with WJM Revised Practice Standard II.D.2.b, the undersigned also certifies that the following individuals have received service via email as parties or on behalf of parties that are not a natural person:

Governor Jared Polis
Trooper Alec Barkley
Trooper J.P. Burt
Trooper William Caldwell
Trooper Umair Cheema
Trooper Jacob Cleveland
Trooper Crystal Crenshaw
Trooper Colin Daugherty
Trooper Gregory Davey
Trooper David Dinkel
Trooper Joseph Dirnberger
Trooper Andrew Gasparovic
Trooper Christopher Gonzales
Trooper Nathan Hardy
Trooper Jeremy Harrington
Trooper Heidi Jewett
Trooper Geoffrey Keeling

Trooper Doug Kline
Trooper Bryan Larreau
Trooper Thomas Major
Trooper Sean McCall
Trooper Brandon Novy
Trooper Haas Pratt
Trooper Kevin Rae
Trooper Kyle Ross
Trooper Rusty Sanchez
Trooper Victor Sargenti
Trooper Ty Simcox
Trooper Jonathan Strickland
Trooper Nicholas Trujillo
Trooper Ryan Voss
Trooper Darce Weil
Trooper Patrick Williams

*s/ Laurie Merrick*
Colorado Office of the Attorney General

6