## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. <u>20-cv-02985-WJM-SKC</u>

DENVER HOMELESS OUT LOUD, et al.

      Plaintiffs,

v.

DENVER, COLORADO, et al.

      Defendants.

---

### ASHLEY L. ZURKAN'S MOTION TO WITHDRAW AS ATTORNEY

---

Ashley L. Zurkan, counsel for Environmental Hazmat Services ("EHS"), respectfully moves the Court to withdrawal as counsel of record in this matter. Good cause exists to grant this Motion because I am no longer affiliated with the firm Gablehouse Granberg, LLC. Timothy R. Gablehouse, Melanie J. Granberg (lead counsel) and Evan C. Singleton will remain active counsel for EHS.

Respectfully submitted this 4th day of March, 2021.

<u>Ashley L. Zurkan      </u>
***Ashley L. Zurkan, #55093***
6515 E Union Avenue, Apt. 302
Denver, CO 80237
702-831-3777
ashleyzurkan@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 4, 2021 the above-stated **ASHLEY L. ZURKAN'S MOTION TO WITHDRAW AS ATTORNEY** was served electronically via CM/ECF System on the following:

<u>For Plaintiffs</u>:

David Lane
Darold Killmer
Andy McNulty
Reid Allison
dlane@kln-law.com
dkillmer@kln-law.com
amcnulty@kln-law.com
rallison@kln-law.com

<u>For Amicus, ACLU</u>:
Anna Kurtz
Mark Silverstein
akurtz@aclu-co.org
msilverstein@aclu-co.org

<u>For the City and County of Denver and State Defendants</u>:

Geoffrey Klingsporn, Senior Assistant City Attorney
Wendy Shea, Assistant City Attorney
Michele Horn, Assistant City Attorney
Conor Farley, Assistant City Attorney
geoffrey.klingsporn@denvergov.org
wendy.shea@denvergov.org
michele.horn@denvergov.org
conor.farley@denveregov.org

Kathleen Spalding
Stephanie Lindquist Scoville
Emely Garcia
kit.spalding@coag.gov
stephanie.scoville@coag.gov
emely.garcia@coag.gov

Ashley L. Zurkan