**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-2985-WJM-SKC

DENVER HOMELESS OUT LOUD, *et al.,*

     Plaintiffs,

 v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.,*

     Defendants.

---

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR STATE DEFENDANTS**

---

     Emely Garcia, attorney for Richard Lee and the individual Colorado State Patrol Trooper Defendants (collectively, State Defendants), requests an order withdrawing her as counsel for State Defendants in this matter, and in support, states:

     1.    D.C.COLO.LCivR 7.1(A) Certification of Conferral: Ms. Garcia has conferred with Plaintiffs' counsel, who does not oppose the requested relief.

     2.    Ms. Garcia will be leaving her employment with the Colorado Department of Law, Office of the Attorney General as of August 27, 2021. Therefore, good cause exists to allow Ms. Garcia to withdraw in this matter consistent with D.C.COLO.LAttyR 5(b).

     3.    Stephanie L. Scoville and Kathleen Spalding will remain as counsel of record for State Defendants in this action.

     4.    Under D.C.COLO.LAttyR 5(b), notice of Ms. Garcia's withdrawal as counsel for State Defendants in this lawsuit has been provided to all counsel of record

through the CM/ECF filing and notification system, and to all State Defendants as listed

on the Certificate of Service below.

For these reasons, Ms. Garcia requests an order dismissing her as counsel for

State Defendants in this action.

Respectfully submitted this 27th day of August, 2021.

PHILIP J. WEISER, Attorney General


*s/  Emely Garcia*
EMELY GARCIA, #55413
Attorney General Fellow
STEPHANIE LINDQUIST SCOVILLE, #31182*
First Assistant Attorney General
KATHLEEN SPALDING, #11886
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: 720-508-6000
Emails: Stephanie.scoville@coag.gov;
        Kit.spalding@coag.gov;
        Emely.garcia@coag.gov
*Counsel of Record
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

In compliance with WJM Revised Practice Standard II.D.2.b, the undersigned certifies that the following individuals have received service via email as parties:

Trooper Geoffrey Keeling
Trooper Alec Barkley
Trooper J.P. Burt
Trooper William Caldwell
Trooper Umair Cheema
Trooper Jacob Cleveland
Trooper Crystal Crenshaw
Trooper Colin Daugherty
Trooper Gregory Davey
Trooper David Dinkel
Trooper Joseph Dirnberger
Trooper Andrew Gasparovic
Trooper Christopher Gonzales
Trooper Nathan Hardy
Trooper Jeremy Harrington
Trooper Heidi Jewett
Trooper Geoffrey Keeling

Trooper Doug Kline
Trooper Bryan Larreau
Trooper Thomas Major
Trooper Sean McCall
Trooper Brandon Novy
Trooper Haas Pratt
Trooper Kevin Rae
Trooper Kyle Ross
Trooper Rusty Sanchez
Trooper Victor Sargenti
Trooper Ty Simcox
Trooper Jonathan Strickland
Trooper Nicholas Trujillo
Trooper Ryan Voss
Trooper Darce Weil
Trooper Patrick Williams
Richard Lee

*s/ Laurie Merrick*