IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 20-cv-2985-WJM-SKC

DENVER HOMELESS OUT LOUD,
CHARLES DAVIS,
MICHAEL LAMB,
SHARRON MEITZEN,
RICK MEITZEN, JR.,
TOMASA DOGTRAIL,
STEVE OLSEN,
GREGORY COSTIGAN,
SEAN MARTINEZ,
LISA MASARO, and
NATHANIEL WARNER, on behalf of themselves and all others similarly situated,

  Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
MAYOR MICHAEL HANCOCK, in his individual capacity,
BOB MCDONALD, in his individual capacity,
DANICA LEE, in her individual capacity,
MURPHY ROBINSON, in his individual and official capacities,
KRISTIN BRONSON, in her individual and official capacities,
CHARLOTTE PITT, in her individual capacity,
ELIZA HUNHOLZ, in her individual capacity,
ENVIRONMENTAL HAZMAT SERVICES,
LIEUTENANT MIKE CODY, in his individual capacity,
SERGEANT ANTHONY MARTINEZ, in his individual capacity,
CORPORAL MARK MOORE, in his individual capacity,
OFFICER THANARAT PHUVHAPAISALKIJ, in his individual capacity,
OFFICER ROP MONTHATHONG, in his individual capacity,
OFFICER CHRIS RANDALL, in his individual capacity,
OFFICER DAVID HUNTER, in his individual capacity,
OFFICER TOBY WILSON, in his individual capacity,
OFFICER JON UDLAND, in his individual capacity,
OFFICER DAVID MARTINEZ, in his individual capacity,
OFFICER WALLACE SAM, in his individual capacity,
OFFICER JAMES HARVEY, in his individual capacity,
OFFICERS DARREN ULRICH, in his individual capacity,

OFFICER MALLORY LUTKIN, in her individual capacity,
RICHARD LEE, in his individual and official capacity,
CORPORAL ANDREW GASPAROVIC, in his individual and official capacities,
TROOPER J.P. BURT, in her/his individual and official capacities,
TROOPER JOSEPH DIRNBERGER, in his individual and official capacities,
TROOPER DARCE WEIL, in her individual and official capacities,
TROOPER WILLIAM CALDWELL, in his individual and official capacities,
TROOPER KEVIN RAE, in his individual and official capacities,
TROOPER COLIN DAUGHERTY, in his individual and official capacities,
TROOPER VICTOR SARGENTI, in his individual and official capacities,
TROOPER DAVID DINKEL, in his individual and official capacities,
TROOPER DOUG KLINE, in his individual and official capacities,
TROOPER GREGORY DAVEY, in his individual and official capacities,
TROOPER JEREMY HARRINGTON, in his individual and official capacities,
TROOPER CHRISTOPHER GONZALES, in his individual and official capacities,
TROOPER RUSTY SANCHEZ, in his individual and official capacities,
TROOPER PATRICK WILLIAMS, in his individual and official capacities,
TROOPER JACOB CLEVELAND, in his individual and official capacities,
TROOPER CRYSTAL CRENSHAW, in her individual and official capacities,
TROOPER RYAN A. VOSS, in his individual and official capacities,
TROOPER UMAIR CHEEMA, in his individual and official capacities,
TROOPER NATHAN HARDY, in his individual and official capacities,
TROOPER GEOFFREY KEELING, in his individual and official capacities,
TROOPER HAAS E. PRATT, in his individual and official capacities,
TROOPER NICHOLAS TRUJILLO, in his individual and official capacities,
TROOPER TY SIMCOX, in his individual and official capacities,
TROOPER SEAN MCCALL, in his individual and official capacities,
TROOPER HEIDI JEWETT, in her individual and official capacities,
TROOPER BRANDON NOVY, in his individual and official capacities,
TROOPER KYLE ROSS, in his individual and official capacities,
TROOPER ALEC W. BARKLEY, in his individual and official capacities,
TROOPER BRYAN LARREAU, in his individual and official capacities,
TROOPER THOMAS MAJOR, in his individual and official capacities,
TROOPER JONATHAN STRICKLAND, in his individual and official capacities,
JOHN & JANES BOES 1-50, in their individual capacities
JOHN & JANES DOES 1-9, in their individual capacities,
JOHN & JANES FOES 1-75, in their individual capacities,
JOHN & JANES JOES 1-75, in their individual capacities,
JOHN & JANES LOES 1-75, in their individual capacities,
JOHN & JANES MOES 1-75, in their individual capacities, and
JOHN & JANE POES 1-20, in their individual capacities,

       Defendants.

# FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant Environmental Hazmat Services' Motion to Dismiss Plaintiffs' First Amended Complaint [217] entered by United States District Judge William J. Martinez on March 18, 2022, it is

ORDERED that this case is DISMISSED as to Defendant Environmental Hazmat Services, Inc. in conformity with that Order;

Pursuant to the Order Granting State Defendants' Motion to Dismiss First Amended Complaint (Doc. 160) [218] entered by United States District Judge William J. Martinez on March 31, 2022, it is

ORDERED that this case is DISMISSED as to the State Defendants in conformity with that Order;

Pursuant to the Order Granting Denver Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint [Doc. # 160] [229] entered by United States District Judge William J. Martinez on December 15, 2022, it is

ORDERED that this case is DISMISSED as to the Denver Defendants in conformity with that Order.

With respect to all claims dismissed with prejudice, the appropriate Defendants are awarded their costs pursuant to D.C.COLO.LCivR 54.1 upon the filing of their Bills of Costs.

It is FURTHER ORDERED that this case is terminated.

This case is closed.

DATED this 8th day of February, 2023 at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/M. Smotts

Deputy Clerk